# United States Bankruptcy Court
## Northern District of Texas

In re  **Big Horn Construction & Reclamation LLC**                              Case No. _____

                                      Debtor(s)                                Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Big Horn Construction & Reclamation LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


June 7, 2024                                                    /s/ Robert A. Simon
Date                                                            Robert A. Simon 18390000
                                                                Signature of Attorney or Litigant
                                                                Counsel for    Big Horn Construction & Reclamation LLC
                                                                Whitaker Chalk Swindle and Schwartz
                                                                301 Commerce St. STE 3500
                                                                Fort Worth, TX 76102
                                                                817-878-0500 Fax:817-878-0501
                                                                rsimon@whitakerchalk.com