BTXN 094 (rev. 5/04)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:       §

      §

**Big Horn Construction & Reclamation LLC**    §    Case No.:

      §

      §

      Debtor(s)    §

      §

### VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:   __June 7, 2024__

**Cord H. Johnson/Authorized Representative**
Signer/Title

Date:   __June 7, 2024__

Signature of Attorney
**Robert A. Simon 18390000**
**Whitaker Chalk Swindle and Schwartz**
**301 Commerce St. STE 3500**
**Fort Worth, TX 76102**
**817-878-0500   Fax: 817-878-0501**

__93-2170104__
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

360 Industrial Services
4129 E. Van Buren Street #100
Phoenix, AZ 85008


383 Construction LLC
398 Orin Way
Douglas, WY 82633


3W Energy Services
1703 S. Hwy 87
Lamesa, TX 79331


4 Rivers Equipment LLC
1557 Promontory C ircle
Suite 110
Greeley, CO 80634


555 17th Street Investors LLC
555 17th Street, Suite 170
Denver, CO 80202


A Team Inc.
PO Box 153
Peotone, IL 60468


A-C-T Environmental & Infrastructure Inc
1875 West Main Street
Bartow, FL 33830


Absaroka Energy & Environmental Solution
112 HIgh Street
Buffalo, WY 82834


Acave Companies
1305 W. Expwy. 83
Sullivan City, TX 78595

Accel Fusion LLC
2821 E. Pearl Street
Odessa, TX 79761


Accurate Solutions LKLC
1473 Dark Corner Road
Jacksboro, TX 76458


Ace Cloud Hosting
2537 E. Atlantic Blvd. #1331
Pompano Beach, FL 33062


Ace Specialties
303 Industrial Avenue
Odessa, TX 79761


Ace Valves LLC
5001 Devonian Avenue
Odessa, TX 79762


ACP International Inc
521 N. Great SW Pkwy
Arlington, TX 76011


Action Equipment
PO Box 2755
Weatherford, TX 76086


ADP
1 ADP Blvd.
Roseland, NJ 07068


Advance Connections Inc
2015 McKenzie Drive
Suite 120
Carrollton, TX 75006

Advantage Equipment Rental & Sales LLC
15850 US-377 South
Fort Worth, TX 76126


Affect Enterprises LLC
2538 Thomason Dr.
Denver, CO 80205


Affordable Storage Thomason
3420 Thomason Dr
Midland, TX 79703


AG Tech Drainage
40536 US Hwy 71
Sauk Centre, MN 56378


Agfinity Inc.
4065 St. Cloud Dr.
Suite 100
Loveland, CO 80538


Agri Sales US Inc
100 Main Street
PO Box 37
Ceresco, NE 68017


Airgas USA LLC
319 NE 23rd Street
Fort Worth, TX 76164


Alabama Pipe & Supply Co Inc
5721 US-90
Theodore, AL 36582


Ally
PO Box 380901
Minneapolis, MN 55438

Alpha Southwest Inc
11105 Dyer Street
El Paso, TX 79934


Altec Capital Services LLC
33 Inverness Center Pkwy
Birmingham, AL 35242


America Supply LLC
502 N. Grimes St.
Hobbs, NM 88240


American Arbitration Assn.
13727 Noel Road
Suite 700
Dallas, TX 75249


American Valve & Meter Service Inc
1113 W. Broadway St.
Hobbs, NM 88240


American Welding & Gas
4900 Falls of Neuse Road
Suite 150
Raleigh, NC 27609


Apple Electrical Contractors Inc
7540 Andrews Hwy
Odessa, TX 79765


Aqua Beverage Co./Ozarka
701-A West Jackson
El Campo, TX 77437


Arcadi Jackson
2911 Turtle Creek Blvd
Suite 800
Dallas, TX 75219

Aries Building Systems LLC
3229 N. Main St.
Cleburne, TX 76033


Arizona State University
1151 S. Forest Ave
Tempe, AZ 85287


Armanino LLP
15950 Dallas Pkwy
Suite 600
Dallas, TX 75248


ASAP Drug Solutions Inc
1805 Arnold Dr.
Martinez, CA 94553


ASTAR Inc.
4155 W 16th Street
Odessa, TX 79763


Atkins Hollmann Jones Peacock & Lewis
3800 E. 42nd Street
Odessa, TX 79762


AXA Equitable - Retirement
PO Box 1016
Charlotte, NC 28201


Axis Energy Services LLC
2758 S Access Road
Longview, TX 75602


B&M Fabrication & Welding
5226 Buttercup Ct.,
Granbury, TX 76049

B&R Excavating LLC
6570 420th Street
Sutherland, IA 51058


Barmore Enterprises Inc.
2203 W 3rd Street
Pecos, TX 79772


Basin Safety Consulting Corp.
2740 Sims St., Suite B
Dickinson, ND 58601


Baymont by Wyndham
22 Sylvan Way
Parsippany, NJ 07054


BD Holt Co.
5665 SW Loop 410
San Antonio, TX 78222


BDA Equipment Rentals
2767 South Loop 464
Monahans, TX 79756


Bennett Weber & Hermstad LLP
319 S. Gillette Ave.
Gillette, WY 82716


Best Buy Business Advantage
PO Box 10922
Overland Park, KS 66225


Big Horn Tire Inc
501 Westside Dr
Gillette, WY 82718

Big O Tires
4280 Professional Center Dr
Suite 400
Palm Beach Gardens, FL 33410


Bighorn Mountain Electric LLC
1309 Coffeen Ave., Suite 1200
Sheridan, WY 82801


Bill Williams Tire Center
1160 Horizon Blvd.
El Paso, TX 79927


Black Gold Energy Services NM
221 N. Burk Street
Hobbs, NM 88240


Black Hills Truck & Trailer Inc
2910 E. Mall Drive
Rapid City, SD 57701


Blackline Energy Services LLC
10001 W. Interstate 20
Unit B
Midland, TX 79706


Bobcat of Gillette
4520 S. Douglass Hwy
Gillette, WY 82718


Bottom Line Equipment LLC
6300 I-20
Aledo, TX 76008


BPS Supply Group
5708 North FM 1788
Midland, TX 79707

Brackett & Ellis
100 Main Street
Fort Worth, TX 76102


Bradley Arant Boult Cummings LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, TX 75202


Bradshaw Fowler Proctor & Fairgrave
801 Grand Avenue
Suite 3700
Des Moines, IA 50309


Brandon & Clark Inc.
3623 Interstate 27
Lubbock, TX 79404


Braun Intertec
11001 Hampshire Avenue S
Minneapolis, MN 55438


Braun Trucking Inc
335 2nd Street SE
Tioga, ND 58852


Brock White Construction Supply
2575 Kasotas Ave
Saint Paul, MN 55108


Browning's Concrete Pumping & Trucking
3501 Old Granbury Rd.
Granbury, TX 76049


Burton Companies LLC
529 E. Expressway 83
Weslaco, TX 78599

Butch's Rat Hole & Anchor Service Inc.
700 Austin Street
Levelland, TX 79336


CA Secretary of State
1500 11st Street
Sacramento, CA 95814


Cactus Fresh Water LLC
501 North Pyote
Wink, TX 79789


Cadence Bank
2800 N. Loop West, Suite 1000
Houston, TX 77092


Cain Electerical Supply Corp
PO Box 2158
Big Spring, TX 79721


Calfee Halter & Griswold
1405 East Sixth Street
Cleveland, OH 44114


Campbell County Treasurer
500 S. Gillette Ave.
Gillette, WY 82716


Canary LLC
2412 East Interstate Hwy 20
Odessa, TX 79766-6000


Cannon Advance
5308 13th Avenue, Suite 324
Brooklyn, NY 11219

Canon Financial Services Inc
158 Gaither Drive
Mount Laurel, NJ 08054


Capital Lumber CO
1044 E 66th Ave.
Denver, CO 80229


Cardinal Hardware & Lumber
1231 Main Street
Eunice, NM 88231


Carson's Nut - Bolt & Tool Company Inc
621 McGee Road
Anderson, SC 29625


Carter CAT Machinery
18471 Spring Creek Rd.
Abingdon, VA 24210


Cat Commercial Account
122 Noxon Road
Poughkeepsie, NY 12603


CAT Financial
2120 West End Avenue
Nashville, TN 37203


Choat Enterprises Inc.
1337 E. 5th Street
Odessa, TX 79761


Chris Gibson Logging LLC
114 Sycamore View Lane
Broken Bow, OK 74728

Cintas Corporation
3450 Northern Cross Blvd.
Fort Worth, TX 76137


Citadel Insurance Services
2600 W. Executive Pkwy
Suite 500
Lehi, UT 84043


CJB Construction
31 Steel Road
Wylie, TX 75098


Clyde Henson
1421 Great Prairie Drive
Gillette, WY 82717


Collection Professionals Inc.
29 N. Connor Street
Sheridan, WY 82801


Colonial Life
PO Box 1365
Columbia, SC 29202


Colony Hardware
3025 N. Great SW Pkwy
Grand Prairie, TX 75050


Colorado Dept. of Labor & Employment
633 17th Street, Suite 600
Denver, CO 80202


Colorado Dept. of Revenue
1881 Pierce Street
Denver, CO 80214

Comcast
1701 JFK Blvd.
Philadelphia, PA 19103


Compass Cementing Services LLC
4100 International Plaza
Suite 500
Fort Worth, TX 76109


Complete Energy Services Inc.
3333 I-35, Building F
Gainesville, TX 76240


Connet Fab LLC
PO Box 1783
Jacksonville, TX 75766


Converse County Treasurer
107 N. 5th Street
Douglas, WY 82633


Cooper Water Sales
254 Chapman Rd., Suite 208
Newark, DE 19702


Core & Main Geosynthetics
1830 Craig Park Court
Saint Louis, MO 63146


Cort Business Services Corp
14850 Conference Center Drive
Suite 110
Chantilly, VA 20151


Cotton Bledsow Tighe Dawson
500 W. Illinois Ave.
Midland, TX 79701

Covery Brothers Contracting
2301 N. Masch Branch Rd.
Suite 208
Denton, TX 76207


Crane Rental LLC
1901 West Collins Ave.
Orange, CA 92867


Credit Collection Services Commercial
725 Canton St.
Norwood, MA 02062


Credo Energy Services LLC
1402 South 23rd Street
Artesia, NM 88210


Crossfire LLC
5805 FM 1788
Midland, TX 79706


Crowley FLeck PLLP
100 W. Broadway Ave.
Bismarck, ND 58501


Crude State Energy Services LLC
115 N. Cedar Street
Pecos, TX 79772


Culligan Water Conditioning
9399 W. Higgins Road
Suite 1100
Des Plaines, IL 60018


Customer Truck & Equipment LLC
7701 East 24 HIghway
Kansas City, MO 64125

Dakota Equipment Rental
4435 E. Colorado Blvd.
Spearfish, SD 57783


Dannah Investment Group
1717 Main St., Suite 5650
Dallas, TX 75201


Darrel L. Rhyne, RS
9227 State Hwy. 17
Balmorhea, TX 79718


David Coffin PLLC
300 Miron Drive
Southlake, TX 76092


David Pesina Jr.
736 W. Sheridan Ave.
Nampa, ID 83686


DCA PR LLC
468 N. Main Street
Medina, TN 38355


Delta Fuel Company LLC
1000 Wells Island Rd.
Shreveport, LA 71107


Dept of Treasury
Internal Revenue Services
Ogden, UT 84201


Derrick Brimingham
804 Nob Hill Drive #C
Birmingham, AL 35209

Design Space Modular Bldgs, Inc
26020 Acero, Suite 100
Mission Viejo, CA 92691


DICarlo Precision Instrument Inc.
2006 Northwood Drive
Salisbury, MD 21801


Direct Business Funders LLC
175 Great Neck Road
Great Neck, NY 11021


DISA Global Solutions Inc.
10900 Corporate Centre Dr.
Suite 250
Houston, TX 77041


DJ Express Inc
PO Box 12836
Longview, TX 75607


Doggett Heavy Machinery Svcs LLC
9111 North Freeway
Houston, TX 77037


Dossier Systems Inc.
6 Terri Lane, Suite 700
Burlington, NJ 08016


Double Z Service & Supply LLC
631 I-20
Pecos, TX 79772


Dougherty Safety  Consulting LLC
1011 Energy Street, Bldg. 2
Gillette, WY 82717

Dovetail Distributors
101 Nursery Lane, Suite 303
Fort Worth, TX 76114


Dozer Ltd
3411 Silverside Rd., Suite 104
Wilmington, DE 19810


Driven Services
4010 Katie Lane
Midland, TX 79706


E-470 Public Highway Authority
22470 E. 6th Parkway
Suite 100
Aurora, CO 80018


Eagle Compression LLC
2 Eagle Industrial Drive
Troy, MO 63379


EDI
616 W. Monument Rd.
Colorado Springs, CO 80905


Elevated Electrical Services LLC
PO Box 80726
Midland, TX 79708


Ellison Fluid Calipers LLC
7 Casa Loma
Odessa, TX 79765


Emergency Ice Inc
8300 Sovereign Row
Dallas, TX 75247

Emeterio Valerio del Villar
1220 Winchester Blvd.
Rock Springs, WY 82901


Encompass Services LLC
2750 S. Wadworth Blvd
Suite C-202
Denver, CO 80227


Energy Pipe & Equipment Rental LLC
2450 SW Evangeline Thrwy
Lafayette, LA 70508


Envirocon Systems Inc
1910 Rankin Rd.
Houston, TX 77073


Envirotech Engineering & Consulting Inc
2500 N. 11th Street
Enid, OK 73701


Equip Energy Company
345 Cabal Park Drive
Suite 200
Duluth, MN 55802


Equipment & Parts
5610 E Loop 281 South
Longview, TX 75602


Equipment Plus
PO Box 209
Dennis, TX 76439


Equipment Share
719 Arrowest Ct.
Grand Junction, CO 81505

ETI - A Palfinger Co
15939 Piuma Avenue
Cerritos, CA 90703


Express 4x4 Truck Rental
330 S. Warminster Rd.
Suite 334
Hatboro, PA 19040


Exserv Facility Services Inc
890 Chancellor Row
Suite B
Dallas, TX 75247


F7 SSSM LLC
The Brookdale Group
3455 Peachtree Rd., Suite 300
Atlanta, GA 30326


Fast Track Transportation LLC
15402 Vantage Parkway East
Suite 322
Houston, TX 77032


Fastenal
2001 Theurer Blvd.
Winona, MN 55987


FedEx
942 South Shady Grove Rd.
Memphis, TN 38120


FEI Ferguson Waterworks
751 Lakefront Commons
Newport News, VA 23606


FireMaster
310 E. 34th Street
Lubbock, TX 79404

Fisher Sand & Gravel Co.
5310 Coleman Ranch Rd.
Tolar, TX 76476


Flex Fleet Rentals LLC
2855 East Cottonwood Pkwy
Suite 100
Salt Lake City, UT 84121


Florida Dept of Revenue
5050 W. Tennesee Street
Tallahassee, FL 32399


Foley Carrier Services LLC
1601 Elm Street, Suite 4360
Dallas, TX 75201


Forrest Tire Co Inc.
2225 NW County Rd.
Hobbs, NM 88240


Forza Safety LLC
PO Box 460
Shallowater, TX 79363


Franklin Mountain Permian LP
123 W. Mills Ave., Suite 600
El Paso, TX 79901


Franks Supply Company
3311 Stanford Dr. NE
Albuquerque, NM 87107


Freeland & Kauffman Inc.
209 W. Stone Ave.
Greenville, SC 29609

Freese & Nichols Inc
801 Cherry St., Suite 2800
Fort Worth, TX 76102


Friendly Chevrolet Buick
2754 N. Stemmons Frwy
Dallas, TX 75207


Front Range Hydro-bandits
26199 County Road 52
Kersey, CO 80644


FSA Equipment LLC
1987 Troy Road
Washington, IN 47501


Fusion Testing LLC
210 Malapardis Rd., Suite 103
Cedar Knolls, NJ 07927


G&E Contractors LLC
1613 E. Mile 5 N
Weslaco, TX 78596


G&L Cattle
950 FM 1995
Van, TX 75790


GDL Industrial Electronics
1303 Cotton Flat Rd.
Midland, TX 79701


GenPro LLC
3500 S. Country Road 1290
Odessa, TX 79765

GeoCorr Pipeline Inspection Technologies
11050 W. Little York Rd., Building H
Houston, TX 77041


Get A Grip Supplies Inc.
14121 N. Shady Lane
Hobbs, NM 88242


Getsco Inc.
10791 E. Finch Ave.
Middlesex, NC 27557


Git-R-Done Site Services Inc.
5840 Mohan Road
Gillette, WY 82718


GM Feeds
4000 Taylorsville Hwy
Statesville, NC 28625


Good Times Trucking LLC
408 N. 4th Street
Loving, NM 88256


Goodell Machinery & Construction
18847 County Road 72
Eaton, CO 80615


Goosmann Law Firm PLC
2101 W. 69th Street, Suite 200
Sioux Falls, SD 57108


Grainger
100 Grainger Parkway
Lake Forest, IL 60045

Granite Seed Company - Denver
490 East 76th Avenue, Unit A
Denver, CO 80229


Green Mule Services LLC
1601 Evans
Midland, TX 79701


GSS Construction & Oilfield Supply
12020 W. Interstate 20 East
Odessa, TX 79763


Gulfstream Legal Group LLC
720 N. Post Oak Road, Suite 355
Houston, TX 77024


Hackler High Caliber Construction
2500 County Road 405
Alvarado, TX 76009


Hale Trailer
1711 IA-210
Huxley, IA 50124


Hall & Evans LLC
1001 17th Street, Suite 3000
Denver, CO 80202


Haynes & Boone LLP
2801 N. Harwood St., Suite 2300
Dallas, TX 75201


HDDS LLC
1999 Bryan St., Suite 900
Dallas, TX 75201

Heavy Equipment Rentals of Texas LLC
4629 Priem Lane
Pflugerville, TX 78660


Herc Rentals Inc.
27500 Riverview Center Blvd.
Suite 100
Bonita Springs, FL 34134


High Mountain Inspection Services Inc
2000 Revenue Blvd.
Casper, WY 82601


High Reach Equipment LLC
2624 West 30th Street South
Wichita, KS 67217


Hilliard Office Solutions
3001 W Loop 250 N
Suite E-127
Midland, TX 79705


Hitek Communications Inc.
411 S. Walsh Drive #A137
Casper, WY 82609


Hobbs Welding Supply
123 N. Grimes Street
Hobbs, NM 88240


Hoffer Auto Care
2201 N. Mechanic Street
El Campo, TX 77437


Honnen Equipment Company
5055 East 72nd Avenue
Commerce City, CO 80022

Howard Supply Company LLC
4100 International Plaza #850
Fort Worth, TX 76109


HPF Consultants Inc
3106 N. Big Spring
Suite 100
Midland, TX 79705


HUB International Mountain States Ltd.
3545 Gabel Road
Billings, MT 59102


Hunt Gulliot & Associates LLC
603 Reynolds Drive
Ruston, LA 71270


Hydrostatic Pipe Service Inc
3030 W. Marland Blvd.
Hobbs, NM 88240


Hytorc
7900 Rodeo Trail, Suite 500
Mansfield, TX 76063


iCopy LLC
1010 W. Business 380
Decatur, TX 76234


Ignite Energy Services LLC
5173 US-69
Lufkin, TX 75904


Imperial Supplies LLC
300 N. Madison Street
PO Box 11008
Green Bay, WI 54307

Imperial Testing & Engineering Inc
3907 Kidron Road
Lakeland, FL 33811


IN Dept of Child Support
402 W. Washington Street
Indianapolis, IN 46204


Industrial Fabrics Inc
510 O'Neal Lane
Baton Rouge, LA 70819


Industrial Hose & Oilfield Supply
1713 Hines Road
Cleburne, TX 76031


Industrial Informaton Resources
2277 Plaza Drive, Suite 300
Sugar Land, TX 77479


Industrial Power
703 Whitfield Street
Fayetteville, NC 28306


Industrial Training Services
120 Cs-1000
Murray, KY 42071


Innovex Downhole Solutions Inc,
4310 N. Sam Houston Pkwy E
Houston, TX 77032


Inspection Associates
15934 Cypress North Houston Rd.
Cypress, TX 77429

Intermountain Electric Service Inc
777 Main Street, Suite 3000
Fort Worth, TX 76102


Invictus Tools LLC
501 Winscott Road
Benbrook, TX 76126


IR Express Trucking LLC
306 N. Jefferson St.
Hobbs, NM 88240


ISCO Industies Inc
58301 Marietta Road
Byesville, OH 43723


J and C Investments
2611 Highway 35 North
Rockport, TX 78382


J&J Rentals LLC
7807 N. World Drive
Hobbs, NM 88242


J-MAVV Transport LLC
1203 E. Scharbauer St.
Apt A
Hobbs, NM 88240


Jet Specialty Inc.
309 I-20 Frontage Road
Big Spring, TX 79720


Jim Unger
4237 County Road 40
Yuma, CO 80759

Jordan Lynch & Cancienne PLLC
1980 POst Oak Blvd., Suite 200
Houston, TX 77056


Jose T. Arrendondo
1428 Paradise Drive
Hobbs, NM 88242


JW Equipment Sales
4901 S. Douglas Hwy.
Gillette, WY 82718


K&M Energy Services Inc.
210 Hwy 59
Douglas, WY 82633


Kalaco Equipment Company
8400 Sprague Road
Odessa, TX 79764


Kansas Turnpike Authority
9401 E. Kellogg
Wichita, KS 67207


KEHM Contractors Inc
1466 S. 13th Street
Omaha, NE 68108


Kelley Jasons McGownan Spinelli Hanna
3411 Silverside Road
Wilmington, DE 19810


Keyhole Technologies LLC
5700 West Poison Spider Rd.
Casper, WY 82604

Kimball Midwest
4800 Roberts Road
Columbus, OH 43228


Kinetic Energy Services
615 W. Chapman Road
Carlsbad, NM 88220


Kissack Water & Oil Service Inc
231 S. Heptner Road
Rozet, WY 82727


Knighten Machine & Service Inc
3800 E. 42nd Stret, Suite 333
Odessa, TX 79762


Koenig Portable Toilets
1655 370th Street
Spencer, IA 51301


Kohn Law Firm S.C.
735 N. Water Street
Milwaukee, WI 53202


Komatsu Equipment Company
dba Komatsu Sou
1409 East 3850 South
Saint George, UT 84790


Kroskob Brothers Farms
12462 County Road 25
Merino, CO 80741


Kuhbacher Trucking Inc
4101 Garner Lake Road
Gillette, WY 82716

Kumar & Associates Inc.
2390 S. Lipan Street
Denver, CO 80223


KW Fuels LLC
717 W. Sanger Street
Hobbs, NM 88240


Kyle Erwin Construction LLC
270 County Road 4668
Rhome, TX 76078


Landmark Coatings
933 Danner Road
Mocksville, NC 27028


Law Office of Kight L Higgins PLLC
6300 Ridglea Place
Fort Worth, TX 76116


Lea County Concrete
5505 W. Dunnam Street
Hobbs, NM 88240


Lendspark
2554 Gateway Road
Carlsbad, CA 92009


Leslie Law PLLC
12333 Sowden Road, Suite B
Houston, TX 77080


Life Line Technologies
dba XstremeMD
1028 Forum Drive
Broussard, LA 70518

Lightning Field Service
11830 N. Saginaw Blvd.
Fort Worth, TX 76179


Lightning Master Corporation
2100 Palmetto St., Suite A
Clearwater, FL 33765


Lindsay Water Sales
107 14th Street N
Moorhead, MN 56560


Logistic Dynamics LLC
155 Pineview Drive
Buffalo, NY 14228


Lone Star Technology Group LLC
6210 Shiloh Road
Midlothian, TX 76065


Lone Wolf Natural Resource Service Inc.
11263 Canvas Nettie Road
Nettie, WV 26681


Lonestar Ag
1690 US-60
Friona, TX 79035


Lyrthiz LLC
400 W. Illinois Ave., Suite 800
Midland, TX 79701


M&M Disposal
PO Box 12
Stanton, TX 79782

Mac Farms Inc.
2066 Meadow Creek
Campbellsville, KY 42718


Mallory Safety & Supply LLC
1040 Industrial Way
Longview, WA 98632


Mark Leachman PC
PO Box 1060
Broomfield, CO 80038


Marlatt Farm Freight CO
4604 US-85
Yoder, WY 82244


Marlin Oil Company LLC
1121 Sioux
Gillette, WY 82718


Martin Marietta Materials Inc.
4123 Parklake Avenue
Raleigh, NC 27612


Matheson Tri-Gas Inc.
909 Lake Carolyn Pkwy
Suite 1300
Irving, TX 75039


MBS Seed Inc.
320 Bell Place
Denton, TX 76209


McBride Supplies It All LLC
4090 NW Mustang Dr.
Andrews, TX 79714

McCarty Equipment Co Ltd.
1103 Industrial Blvd.
Abilene, TX 79602


Meridiam Partners LLC
1001 W. Arizona Blvd
Denver, CO 80223-3000


Mesa Machine
8820 NW Loop 338, Suite 4
Odessa, TX 79764


Metro Transit Sandblasting WTX LLC
601 County Road 125
Garden City, TX 79739


MG Oil Company
1180 Creek Drive
Rapid City, SD 57703


Microtel Tioga
1001 Elm Street
Tioga, ND 58852


Midland Central Appraisal District
4631 Andrews Hwy
Midland, TX 79703


Midland City VEH REG CO
PO Box 712
Midland, TX 79702


Midland Lock & Safe
1408 N. Big Spring Street
Midland, TX 79701

Miller Insulation
8290 I-20
Midland, TX 79706


Milton Rents Inc.
100 Dover Road
Chichester, NH 03258


Minnesota Ag Power
dba Midwest Machinery
4561 Highway 212
Glencoe, MN 55336


Montgomery Asphalt Company LLC
1060 Hobbie Road
Montgomery, AL 36105


Moore Maker Inc.
303 Houston Avenue
Matador, TX 79244


Morales Fiberglass Services
565 Mason Rd., Suite 216
Katy, TX 77494


Motive (Keep Trucking Inc)
55 Hawthorne St., Suite 400
San Francisco, CA 94105


Motor Power Casper Inc,
4455 N. Salt Creek Hwy.
Casper, WY 82601


MRB Enterprise Inc.
7700 Old Branch Ave B204
Clinton, MD 20735

MTR Construction & Consulting LLC
1400 N. Hwy 349
Rankin, TX 79778


Murray Resources Ltd
800 Geesner Rd, Suite 170
Houston, TX 77024


Mustang Rental Services
12800 Northwest Frwy
Houston, TX 77040


National Tank & Equipment LLC
501 Independence Pkwy, Suite A
Deer Park, TX 77536


NCCER
13614 Progress Blvd.
Alachua, FL 32615


New Mexico Taxation & Revenue Dept.
10500 Copper Ave., Suite C
Albuquerque, NM 87123


Newco Trucking
2708 West 7th Street
Texarkana, TX 75501


Niece Equipment
17401 N IH 35
Buda, TX 78610


Norco Inc.
3333 W. Yellowstone Hwy.
Casper, WY 82602

North Bill Disposal LLC
4100 Hwy 59
Douglas, WY 82633


North Dakota One Call
c/o One Csll Concep
PO Box 1015
Bismarck, ND 58502


North Texas Extinguisher Service
W Brady Street
Decatur, TX 76234


North Texas Fire Extinguisher Company
12507 County Road 1114
Tyler, TX 75709


North Texas Five Star Events LLC
2701 Hartlee Field Road
Denton, TX 76208


Northern Colorado Pest & Wildlife Contro
2881 S. 31sst Avenue, Unit 12
Greeley, CO 80631


Northern Survey Consulting LLC
1320 W. Erie Street
Holbrook, AZ 86025


Northwest Parkway
3701 Northwest Parkway
Broomfield, CO 80023


Nuverra Environmental Solutions
1111 Katy Frwy., Suite 1006
Houston, TX 77079

NVI LLC
2449 West Park Avenue
Gray, LA 70359


O&S Quick Change Inc
2301 N. Grimes Street
Hobbs, NM 88240


O'Reilly Automotive Inc.
526 Front Street
Evanston, WY 82930


O'Rourke Petroleum
223 McCarty Street
Houston, TX 77029


Office Shop Inc.
105 E. Washington Ave.
Riverton, WY 82501


Offsite Equipment LLC
223 McCarty Street
Houston, TX 77029


Ohio Child Support Payment Center
PO Box 182380
Columbus, OH 43218


Oil City Printers
312 W. 2nd Street
Casper, WY 82601


One Stop Auto Plex
1281 W. Richards Street
Douglas, WY 82633

Overhead Door Company of Gillette
3208 US-14 #16
Gillette, WY 82716


Oxygen Service Company
1111 Pierce Butler Rte
Saint Paul, MN 55104


Pacific Steel & Recycling
5 River Drive South
Great Falls, MT 59405


Palmetto Services LLC
185 Aiken Road
Wagener, SC 29164


Parking Systems of America (1563)
4220 Gurley Avenue
Dallas, TX 75223


Parking Systems of America (1622)
4220 Gurley Avenue
Dallas, TX 75223


Parking Systems of America (1694)
4220 Gurley Avenue
Dallas, TX 75223


Parkingh Systems of America (1506)
4220 Gurley Avenue
Dallas, TX 75223


PB Materials - Odessa
4044 Penbrook Street
Odessa, TX 79762

PEC Premier Safety
300 Holiday Square Blvd., Suite 100
Covington, LA 70433


Permian Basin Materials LLC
4044 Penbrook St, Suite 100
Odessa, TX 79762


Permian Coating Supply LLC
1902 South Midland Drive
Midland, TX 79703


Permian Sign Co. Inc.
411 S. County Road 1276
Midland, TX 79706


Permian Tank & Manufacturing Inc
1054 Co. Rd. 237
Giddings, TX 78942


Petro Fencing Inc
1413 Pacific Avenue
Midland, TX 79705


Petro Guardian LLC
12216 West County Rd
Suite 100
Odessa, TX 79765


Petrochemical
620 N Grant Avenue
Odessa, TX 79761


Pipeline Land Services Inc.
4708 K Mart Drive
Wichita Falls, TX 76308

Pipeline Supply & Service LLC (PSS)
2656 S Loop W #600
Houston, TX 77054

Powder Coating Solutions
910 W. Pierce Street
Carlsbad, NM 88220

Powder River WorkSafe Testing LLC
E 4th Street, Suite 20
Gillette, WY 82716

Power Screening
25 Brighton Road
Henderson, CO 80640

PrairieLane Partners Inc.
811 E. 30th Avenue, Suite F
Hutchinson, KS 67502

Premier Equipment Corp. Inc.
PO Box 15203
Baton Rouge, LA 70895

Premium Oilfield Technologies LLC
10600 W Sam Houston Pkwy N
Houston, TX 77064

Pressure Services
2361 S. Plaza Drive #1
Rapid City, SD 57702

Priority Property Management
287 E. Fountain Blvd., Unit 300
Colorado Springs, CO 80903

Pro-Kote Engineering & Supply
590 Circle Drive
Casper, WY 82601


Professional Rig Services Inc
805 W. Main Street, Suite C
Tremonton, UT 84337


ProsRent
3001 Dallas Pkwy
Frisco, TX 75034


ProTex Erosion Control LLC
PO Box 15082
Fort Worth, TX 76119


Purity Oilfield Services LLC
183 Bear Cat Road
Aledo, TX 76028


Quallity Transport Inc
1200 East Mills Street
El Paso, TX 79901


Quick Supply  Co.
6620 NW Toni Drive
Des Moines, IA 50313


Quorum
9615 W. County Road 152
Midland, TX 79706


R&M Trucking & Backhoe Service LLC
1311 14th Street
Hobbs, NM 88240

R&N Trenching Inc.
7416 E US Hwy 67
Mertzon, TX 76941


R&R Rest Stops of Casper
1835 Skyview Drive
Casper, WY 82601


Rapid Fire Protection
1530 Samco Road
Rapid City, SD 57702


Razor City Rental
305 S. Miller Avenue
Gillette, WY 82716


Razor's Edge Directional Drilling LLC
6854 Deerewood Lane
Bismarck, ND 58503


RDO Construction Equipment Co.
901 E. Hwy 12
Webster, SD 57274


Ready Refresh By Nestle
4718 Mountain Creek Pkwy
Dallas, TX 75236


Reinforcing Steel Supply
500 S. John Ben Sheppard Pkwy
Odessa, TX 79762


Reliable Industrial Group
8801 Industrial Driveq
Pearland, TX 77584

Republic Services
18500 N Allied Way
Phoenix, AZ 85054


Reusable Organic Energy
6726 FM 1096
Boling, TX 77420


Rice Farmers Coop Inc.
106 Market Street
El Campo, TX 77437


Riverhawk Industrial Supply
465 Fife Road
Mulberry, FL 33860


Riveron RTS LLC
401 S. Old Woodward, Suite 340
Birmingham, MI 48009


Road Runner Crane LLC
5054 Western Avenue
Woodward, OK 73801


Robert Half International
1751 River Run, Suite 305
Fort Worth, TX 76107


Robert Mueller
6337 Nightingale Drive
Hobbs, NM 88240


Roberts Truck Center
10101 I-20
Midland, TX 79706

Rocky Mountain Power
2840 E. Yellowstone Hwy
Casper, WY 82609


Rocky Mountain Resources Inc
PO Box 5101
Englewood, CO 80155


Rosenwood Rose & Litwak PLLC
1712 Euclid Avenue
Charlotte, NC 28203


Rossco Crane & Rigging Inc
SE 74th Street Southeast
Minot, ND 58701


Royer Commercial Interiors
3100 West 7th Street, Suite 200
Fort Worth, TX 76107


Rush Truck Center
326 North Access Road I-20
Tye, TX 79563


Sacramento Drilling Inc
1143 Blumenfeld Drive, Suite 100
Sacramento, CA 95815


Safety Solutions LLC
7116 W I-20
Midland, TX 79705


Salina Steel Supply
234 E Ave A
Salina, KS 67401

Samba Saftey
5619 DTC Pkwy, Suite 1000
Englewood, CO 80111


Samuel Knight Corporation
1920 McKinney Avenue
Dallas, TX 75201


Sanderfoot Wind & Excavating Inc
2424 Progress Court
Neenah, WI 54956


Selzer Gurvitch Rabin Wertheimer Polott
4416 East-West Hwy
Bethesda, MD 20814


Sentry Crane Services
1505 21st Avenue NW
Watford City, ND 58854


Sexton Creative
10066 Fox Chase Drive
Loveland, OH 45140


Sherrard Roe Voight Harbison PLC
1600 West End Ave., Suite 1750
Nashville, TN 37203


Sherwin Williams 79761
510 S. Meadow Ave
Odessa, TX 79761


Sherwin Williams 82601
2590 Revenue Blvd. #1
Casper, WY 82601

Sideline Testing LLC
601 S. San Patricio St.
Sinton, TX 78387


Sierra Springs
5545 Sierra Springs Lane
Fort Worth, TX 76123


SKG Engineering LLC
706 S. Abe Street
San Angelo, TX 76903


Sojourner Trucking
26113 MS-27
Crystal Springs, MS 39059


Somers & Watson Machinery LLC
4706 W. Wall Street
Midland, TX 79703


Sone Energy Services LLC
1406 Rice Road
Tyler, TX 75703


Southern Land & Fence LLC
2635 Youngs Road
Leesburg, FL


Southern Tire Mart LLC
12618 W I-20 E
Odessa, TX 79765


Southwest Oilfield Rentals LLC
706 E. Michigan, Suite 406
Hobbs, NM 88240

Spartan Consulting & Safety LLC
1702 S. County Road 1310
Odessa, TX 79765


Spin Capital
1909 Tyler Street, Suite 504
Hollywood, FL 33020


Spireon
1888 Von Karman Ave., Suite 1500
Irvine, CA 92612


Spring Energy Services LLC
3287 Carolina Drive
Commerce City, CO 80022


Stash Storage Near Me
4170 Tower Road
Denver, CO 80249


Steam Consulting
N St. Andrews Place
Los Angeles, CA 90004


Sterling Crane LLC
9351 Grant St., Suite 250
Denver, CO 80229


Stodghill & Allie LLP
2002 Hoskins Drive
Houston, TX 77080


Stone Oilfield Services
725 Tatum Hwy
Lovington, NM 88260

Stotz Equipment
14750 S. Pony Express Rd.
Riverton, UT 84065


Summit Electric Supply
2900 Staford NE
Albuquerque, NM 87107


Sundahl Powers Kapp & Martin LLC
2020 Carey Ave., Suite 301
Cheyenne, WY 82001


Sunshine Supplies Inc.
1409 Republic Road
Birmingham, AL 35214


Suttles Logging Inc
1805 Alta Vista Drive
Midland, TX 79706


Swan Lake Farms LLC
12020  E. Interstate 20
Odessa, TX 79765


T.Disney Trucking & Grading Inc.
6324 US-301
Riverview, FL 33578


T.O.F.S. LLC
5802 E. Hwy 62
Lubbock, TX 79403


T3VoiceNet LLC
601 N. Marienfield St.
Suite 104
Midland, TX 79701

Tailwind Loenbro Holdings LLC
1900 32nd Avenue NE
Black Eagle, MT 59414


Tascosa Office Machines
223 W. Broadway St.
Hobbs, NM 88240


TCH Construction LLC
PO Box 632939
Nacogdoches, TX 75963


TD Rentals
1731 Oil Mill Road
Pecos, TX 79772


Team Industrial Services Inc
200 Hermann Drive
Alvin, TX 77511


TechCorr USA Management LLC
1485 E. Sam Houston Pkwy S
Pasadena, TX 77503


Techline Inc
9609 Beck Circle
Austin, TX 78758


Terracon Consultants Inc
10841 S. Ridgeview Road
Olathe, KS 66061


Teton Steel
2380 E. 24th N
Idaho Falls, ID 83401

Texas Commercial Fire & Safety LLC
245 Calhoun Plaza
Port Lavaca, TX 77979


Texas Security Solutions
2300 Cedar Branch Drive
Austin, TX 78727


The Residence at Midland
5801 Deauville Blvd.
Midland, TX 79706


The Water Factory Co.
601 S. Walker St.
Alpine, TX 79830


The Wireline Group Inc
PO Box 60018
Midland, TX 79711


Thomas Oilfield Services LLC
4250 SE Loop 281
Longview, TX 75602


Thompson Tractor
3550 Joe Mallisham Pkwy
Tuscaloosa, AL 35401


Thor's Hammer
1212 N. Yarbrough Drive
El Paso, TX 79925


Thrasher Inc
1209 E 24th Street
Plainview, TX 79072

Thunder Basin Ford
1100 W 2nd Street
Gillette, WY 82716


Tiger Supplies
2720 Discovery Drive
Raleigh, NC 27616


TMD
16715 Longenbaugh Dr.
Houston, TX 77095


Toms Pilot Car Service
410 W. White Street
Hobbs, NM 88240


Torqmaster LLC
5712 E. County Road 64
Midland, TX 79705


Totem Forest Products International
419 SW 11th Ave., Suite 300
Portland, OR 97205


Trash Trailers For Rent LLC
PO Box 12075
Odessa, TX 79768


Travelers CL Remittance Center
PO Box 660317
Dallas, TX 75266-0137


Trench Plate Rental Co.
dba National Trench Safety LLC
260 N. Sam Houston Pkwy East
Suite 200
Houston, TX 77060

Trinity Energy Services LLC
118 Vintage Park Blvd.
Suite W718
Houston, TX 77070


Triple T's Linings LLC
2493 Pecos Hwy
Carlsbad, NM 88220


Trisura Insurance Company
1411 Opus Place, Suite 450
Downers Grove, IL 60515


Triton Environmental LLC
5433 Newport Street
Commerce City, CO 80022


Trophy Logistics LLC
3123 Silver Falls
Kingwood, TX 77339


Truck Utilities Inc
2370 English Street
Saint Paul, MN 55109


Turner Seed Co.
211 County Road 151
Breckenridge, TX 76424


Two Bit Rentals
5226 134th Avenue NW
Williston, ND 58801


Two Cams Ice
2242 Poplar Ten Road
Concord, NC 28027

TX Child Support
PO Box 12548
Austin, TX 78711


UEC LLC
9461 Willow Ct
Henderson, CO 80640


UniFirst Holdings Inc
701 Brazos, Suite 1050
Austin, TX 78701


United Rentals (North America) Inc
2301 Texas Avenue S
College Station, TX 77840


URS Agents LLC
3675 Crestwood Pkwy NW
Suite 350
Duluth, GA 30096


USPS PO Box
Southern Area Managing Counsel
PO Box 227078
Dallas, TX 75222


Uwharrie Bottled Water Services
930 Old Charlotte Road
Albemarle, NC 28001


Vaco
2500 Dallas Pkwy, Suite 496
Plano, TX 75093


Valley Day & Night Clinic
3302 Boca Chica Blvd.
Brownsville, TX 78521

VanZandt Controls LLC
13409 W County Road 132
Odessa, TX 79765


Veriforce LLC
1575 Sawdust Rd., Suite 600
Spring, TX 77380


Verizon Wireless
1 Verizon Way
Basking Ridge, NJ 07920


Vesta Housing Solutions
1000 Town Ctr., Suite 975
Southfield, MI 48075


Viking Forest Products
7480 Flying Cloud Drive
Suite 400
Eden Prairie, MN 55344


Villegas Stone Masonry
9523 Circle S Drive
Helotes, TX 78023


Vista Bank
1400 Summit Ave., Suite 100
Fort Worth, TX 76102


Vistaprint Corporate Solutions
275 Wyman St., Suite 100
Waltham, MA 02451


Visual Edge Inc
530 6th Street
Sioux City, IA 51101

Vulcan Materials
1200 Urban Center Drive
Birmingham, AL 35242


W. Joe Shaw Ltd
4200 Underwood Road
La Porte, TX 77571


Wagner Falconer & Judd
100 S. 5th St, Suite 800
Minneapolis, MN 55402


Wagner-Smith Equipment Co.
550 Hwy 155 S
McDonough, GA 30253


Warehouse Supply Inc
300 N. 2nd Street
La Salle, CO 80645


Welding Supply of Pecos
17 County Road 203
Pecos, TX 79772


West Company of Midland LLC
110 W. Louisiana Ave., Suite 110
Midland, TX 79701


West Texas Dumpsters
4805 W County Road 120
Midland, TX 79706


WEX Acct 0451-00-925777-S
1 Hancock Street
Portland, ME 04101

```
WEX Acct 0496-00-878686-S
1 Hancock Street
Portland, ME 04101


Whitco Supply LLC
4320 Johnson Road B
Odessa, TX 77964


White Star Equipment LLC
PO Box1242
Sherman, TX 75091


White's Welding LLC
46005 S County Road 202
Woodward, OK 73801


Whites Frontier Motors
444 Skyline Drive
Gillette, WY 82718


Wholesale Electric Supply Co.
1122 W Cotton Steet
Longview, TX 75640


Wick Phillips Gould & Martin LLP
3131 McKinney Ave., Suite 500
Dallas, TX 75204


Wilbanks Trucking Services LLC
11246 Lovington Hwy
Artesia, NM 88210


Wild West Trucking LLC
903 N Hickory Stq
Pecos, TX 79772
```

Wildcat Pump & Supply Inc
115 2nd Street
Claflin, KS 67525


Willard Agri-Service of Greenwood LLC
22272 S. Dupont Hwy
Greenwood, DE 19950


William Uffelman
HC 36 Box 2280
Hardin, MT 59034


Williams Scotsman Inc
4646 E an Buren St., Suite 400
Phoenix, AZ 85008


Williston Fire & Safety LLC
3420 2nd Avenue W
Williston, ND 58801


Windmill Spraying Service
602 W. Chance Drive
Hobbs, NM 88242


Wyoming Child Support Enforcement
2015 Carey Ave., Suite 601
Cheyenne, WY 82001


Wyoming First Aid & Safety Supply LLC
589 Yellowstone Road
Rock Springs, WY 82901


Wyoming Machinery Company
5300 West Old Yellowstone Hwy
Casper, WY 82604

Wyoming Rents
5185 W Yellowsstone Hwy
Casper, WY 82604


Wyoming Water Solutions
605 E 7th Street
Gillette, WY 82716


Wyrick Construction
49 Shell Oil Road
Baker, MT 59313


Xcel NDT LLC
104 Avon Street
Clifton, KS 66937


Xerox Financial Services
45 Glover Ave.
Norwalk, CT 06850


XL Specialty Insurance Company
677 Washington Blvd.
10th Floor, Suite 1000
Stamford, CT 06901


Yellow Rose Mapping LLC
2011 Woodland Hills Lane
Weatherford, TX 76087


Yellowstone Valley Parts & Equipment
4959 Hwy 312
Billings, MT 59105


Zeno Digital Solutions LLC
14320 Midway Road
Dallas, TX 75244