UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BIG HORN CONSTRUCTION & | § | CASE NO. 24-42003-mxm7 |
| RECLAMATION LLC | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the firm of HALEY & OLSON, P.C., represents Cadence Bank formerly known as BancorpSouth Bank, a creditor in the above-captioned and numbered case, and that it hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to BLAKE RASNER, at HALEY & OLSON, P.C., 100 N. Ritchie Road, Suite 200, Waco, Texas 76712.

Respectfully submitted,

HALEY & OLSON, P.C.

By: /s/ Blake Rasner
    Blake Rasner
    100 N. Ritchie Road, Suite 200
    Waco, Texas 76712
    Telephone: (254) 776-3336
    Fax: (254) 776-6823
    Bar Card No. 16555700
    Email: brasner@haleyolson.com

*ATTORNEY FOR CADENCE BANK FORMERLY KNOWN AS BANCORPSOUTH BANK*

**CERTIFICATE OF SERVICE**

      I certify that on June 12, 2024, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first-class mail:

Big Horn Construction & Reclamation LLC
*Debtor*
777 Main Street
Suite 3000
Fort Worth, TX 76102

Robert A. Simon
*Attorney for Debtor*
Whitaker Chalk Swindle & Schwartz, PLLC
301 Commerce Street
Suite 3500
Fort Worth, TX 76102

Marilyn Garner
*Chapter 7 Trustee*
Law Offices of Marilyn D. Garner
2001 E. Lamar Blvd., Suite 200
Arlington, TX 76006

US Trustee
*US Trustee*
1100 Commerce Street
Room 976
Dallas, TX 75202

                                              /s/ Blake Rasner
                                              Blake Rasner