| Fill in this information to identify the case: |
| --- |

Debtor name **Big Horn Construction & Reclamation LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **24-42003-7**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Declaration and signature |
| --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 20, 2024**            X _____
                                             Signature of individual signing on behalf of debtor

                                             **Cord H. Johnson**
                                             Printed name

                                             **Authorized Representative**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Big Horn Construction & Reclamation LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **24-42003-7** |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ _____ 0.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ _____ 0.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... +$ _____ 118,991,492.29

4. **Total liabilities** .........................................................................
   Lines 2 + 3a + 3b

   $ _____ 118,991,492.29

| Fill in this information to identify the case: |
|---|
| Debtor name **Big Horn Construction & Reclamation LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS |
| Case number (if known) **24-42003-7** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

### Part 2:  Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | Accounts receivable | | | | |
|---|---|---|---|---|---|
| | 11b. Over 90 days old: | **16,251,730.18** | - | **16,251,730.18** | =.... **Unknown** |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | Total of Part 3. | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$0.00** |

### Part 4:  Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor    **Big Horn Construction & Reclamation LLC**                    Case number *(If known)* **24-42003-7**
_____
Name

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. Does the debtor own or lease any real property?

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property **Own company name - Bighorn Construction and Reclamation LLC** | $0.00 | | $0.00 |
| 65. Goodwill | | | |
| 66. **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number *(If known)* **24-42003-7** |
|---|---|---|
| | Name | |

☑ No

☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **Big Horn Construction & Reclamation LLC**                     Case number *(If known)*  **24-42003-7**
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Bighorn Construction & Reclamation, LLC**
**A/R Aging Summary**
**As of June 3, 2024**

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | Total |
|---|---|---|---|---|---|---|
| AISG | 0.00 | 0.00 | 0.00 | 0.00 | (11,900.00) | (11,900.00) |
| Depcom Power | | | | | | |
| Depcom - Richfield - 1147 | 0.00 | 0.00 | 0.00 | 0.00 | 1,107,322.00 | 1,107,322.00 |
| Total Depcom Power | 0.00 | 0.00 | 0.00 | 0.00 | 1,107,322.00 | 1,107,322.00 |
| | | | | | | |
| Devon Energy | | | | | | |
| Devon - Maintenance T&M | 0.00 | 0.00 | 0.00 | 0.00 | 115,472.00 | 115,472.00 |
| Devon - Pumping | 0.00 | 0.00 | 0.00 | 0.00 | 15,372.00 | 15,372.00 |
| Total Devon Energy | 0.00 | 0.00 | 0.00 | 0.00 | 130,844.00 | 130,844.00 |
| | | | | | | |
| Enhanced Midstream | | | | | | |
| 10 Mile Interconnect | 0.00 | 0.00 | 0.00 | 0.00 | 2,198,201.52 | 2,198,201.52 |
| 10 mile SWD- Bare Bones Rebuild | 0.00 | 0.00 | 0.00 | 0.00 | 1,428,000.00 | 1,428,000.00 |
| Enhanced - Stonecreek South | 0.00 | 0.00 | 0.00 | 0.00 | 269,106.77 | 269,106.77 |
| Enhanced T&M | 0.00 | 0.00 | 0.00 | 0.00 | 15,201.21 | 15,201.21 |
| Total Enhanced Midstream | 0.00 | 0.00 | 0.00 | 0.00 | 3,910,509.50 | 3,910,509.50 |
| | | | | | | |
| EOG Resources | | | | | | |
| EOG - Chemical | 0.00 | 0.00 | 0.00 | 0.00 | 59,852.98 | 59,852.98 |
| EOG - maintenance T&M | 0.00 | 0.00 | 0.00 | 0.00 | 220,234.96 | 220,234.96 |
| EOG Pumping | 0.00 | 0.00 | 0.00 | 0.00 | 58,899.79 | 58,899.79 |
| Total EOG Resources, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 338,987.73 | 338,987.73 |
| | | | | | | |
| Gibson Energy Infrastructure, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 850.00 | 850.00 |
| | | | | | | |
| J-W Power Company | 0.00 | 0.00 | 0.00 | 0.00 | 1,528.00 | 1,528.00 |
| | | | | | | |
| MYR Energy Services Inc | | | | | | |
| MYR - Monmouth - 1151 | 0.00 | 0.00 | 0.00 | 0.00 | 79,220.60 | 79,220.60 |
| Total MYR Energy Services Inc | 0.00 | 0.00 | 0.00 | 0.00 | 79,220.60 | 79,220.60 |
| | | | | | | |
| NARENCO | | | | | | |
| Stanly Solar 1144 | 0.00 | 0.00 | 0.00 | 0.00 | 1,730,401.60 | 1,730,401.60 |
| Stanly Solar Electrical | 0.00 | 0.00 | 0.00 | 0.00 | 1,563,923.22 | 1,563,923.22 |
| Total NARENCO | 0.00 | 0.00 | 0.00 | 0.00 | 3,294,324.82 | 3,294,324.82 |
| | | | | | | |
| Northern Natural Gas Company | | | | | | |
| NNG - Gilmore City - 8510 | 0.00 | 0.00 | 0.00 | 0.00 | 73,228.68 | 73,228.68 |
| NNG - Omaha IF TBS - 2167 | 0.00 | 0.00 | 0.00 | 0.00 | 308,969.83 | 308,969.83 |
| Total Northern Natural Gas Company | 0.00 | 0.00 | 0.00 | 0.00 | 382,198.51 | 382,198.51 |
| | | | | | | |
| Orbital Solar Services | | | | | | |
| Black Bear Solar - 1157 | 0.00 | 0.00 | 0.00 | 0.00 | 259,282.11 | 259,282.11 |
| Total Orbital Solar Services | 0.00 | 0.00 | 0.00 | 0.00 | 259,282.11 | 259,282.11 |
| | | | | | | |
| PCL Construction | | | | | | |
| Rayos Del Sol - 1134 | 0.00 | 0.00 | 0.00 | 0.00 | 1,252,638.25 | 1,252,638.25 |
| Total PCL Construction | 0.00 | 0.00 | 0.00 | 0.00 | 1,252,638.25 | 1,252,638.25 |
| | | | | | | |
| Rosendin Electric, Inc. | | | | | | |
| Aldina Solar - 1128 | 0.00 | 0.00 | 0.00 | 0.00 | 2,193,781.23 | 2,193,781.23 |
| Todd Solar - 1140 | 0.00 | 0.00 | 0.00 | 0.00 | 32,311.26 | 32,311.26 |
| Total Rosendin Electric, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 2,226,092.49 | 2,226,092.49 |
| | | | | | | |
| Signal Energy Constructors, LLC | | | | | | |
| Aragorn Solar - 1129 | 0.00 | 0.00 | 0.00 | 0.00 | 1,057,284.60 | 1,057,284.60 |
| Signal - Noble Solar - 1141 | 0.00 | 0.00 | 0.00 | 0.00 | 870,185.55 | 870,185.55 |
| Titan - 1138 | 0.00 | 0.00 | 0.00 | 0.00 | 1,042,744.30 | 1,042,744.30 |
| Total Signal Energy Constructors, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 2,970,214.45 | 2,970,214.45 |
| | | | | | | |
| United Renewable Energy LLC | | | | | | |
| Pinson Electrical | 0.00 | 0.00 | 0.00 | 0.00 | 194,129.28 | 194,129.28 |
| URE - Pinson - 1155 | 0.00 | 0.00 | 0.00 | 0.00 | 115,488.44 | 115,488.44 |
| Total United Renewable Energy LLC | 0.00 | 0.00 | 0.00 | 0.00 | 309,617.72 | 309,617.72 |
| | | | | | | |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | $ 16,251,730.18 | $ 16,251,730.18 |

**Fill in this information to identify the case:**

Debtor name **Big Horn Construction & Reclamation LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **24-42003-7**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Big Horn Construction & Reclamation LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **24-42003-7** |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**360 Industrial Services**<br>**4129 E. Van Buren Street #100**<br>**Phoenix, AZ 85008**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$67,755.81** |
| **3.2** Nonpriority creditor's name and mailing address<br>**383 Construction LLC**<br>**398 Orin Way**<br>**Douglas, WY 82633**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$37,853.45** |
| **3.3** Nonpriority creditor's name and mailing address<br>**3W Energy Services**<br>**1703 S. Hwy 87**<br>**Lamesa, TX 79331**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$68,746.19** |
| **3.4** Nonpriority creditor's name and mailing address<br>**4 Rivers Equipment LLC**<br>**1557 Promontory C ircle**<br>**Suite 110**<br>**Greeley, CO 80634**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$21,565.05** |

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,673.11 |
|---|---|---|---|

**555 17th Street Investors LLC**
**555 17th Street, Suite 170**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Office Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**A Team Inc.**
**PO Box 153**
**Peotone, IL 60468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,050.00 |
|---|---|---|---|

**A-C-T Environmental & Infrastructure Inc**
**1875 West Main Street**
**Bartow, FL 33830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,372.26 |
|---|---|---|---|

**Absaroka Energy & Environmental Solution**
**112 High Street**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,422.44 |
|---|---|---|---|

**Acave Companies**
**1305 W. Expwy. 83**
**Sullivan City, TX 78595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,962.50 |
|---|---|---|---|

**Accel Fusion LLC**
**2821 E. Pearl Street**
**Odessa, TX 79761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,233.11 |
|---|---|---|---|

**Accurate Solutions LKLC**
**1473 Dark Corner Road**
**Jacksboro, TX 76458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,150.52 |
|---|---|---|---|

Ace Cloud Hosting
2537 E. Atlantic Blvd. #1331
Pompano Beach, FL 33062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,110.12 |
|---|---|---|---|

Ace Specialties
303 Industrial Avenue
Odessa, TX 79761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,033.96 |
|---|---|---|---|

Ace Valves LLC
5001 Devonian Avenue
Odessa, TX 79762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,426.10 |
|---|---|---|---|

ACP International Inc
521 N. Great SW Pkwy
Arlington, TX 76011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,181.00 |
|---|---|---|---|

Action Equipment
PO Box 2755
Weatherford, TX 76086

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,782.21 |
|---|---|---|---|

ADP
1 ADP Blvd.
Roseland, NJ 07068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,627.01 |
|---|---|---|---|

Advance Connections Inc
2015 McKenzie Drive
Suite 120
Carrollton, TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|--------|---------------------------------------------|------------------------|----------------|
|        | Name                                        |                        |                |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159,606.04** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|-----------------|

**Advantage Equipment Rental & Sales LLC**
**15850 US-377 South**
**Fort Worth, TX 76126**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Equipment Rental**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|---------------|

**Affect Enterprises LLC**
**2538 Thomason Dr.**
**Denver, CO 80205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$328.50** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|-------------|

**Affordable Storage Thomason**
**3420 Thomason Dr**
**Midland, TX 79703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|-------------|

**AG Tech Drainage**
**40536 US Hwy 71**
**Sauk Centre, MN 56378**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,012.62** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|----------------|

**Agfinity Inc.**
**4065 St. Cloud Dr.**
**Suite 100**
**Loveland, CO 80538**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,573.65** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|----------------|

**Agri Sales US Inc**
**100 Main Street**
**PO Box 37**
**Ceresco, NE 68017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,864.89** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|----------------|

**Airgas USA LLC**
**319 NE 23rd Street**
**Fort Worth, TX 76164**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,410.60 |
|---|---|---|---|

**Alabama Pipe & Supply Co Inc**
5721 US-90
Theodore, AL 36582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $775.66 |
|---|---|---|---|

**Ally**
PO Box 380901
Minneapolis, MN 55438

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,756.53 |
|---|---|---|---|

**Alpha Southwest Inc**
11105 Dyer Street
El Paso, TX 79934

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,294.02 |
|---|---|---|---|

**Altec Capital Services LLC**
33 Inverness Center Pkwy
Birmingham, AL 35242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,771.07 |
|---|---|---|---|

**America Supply LLC**
502 N. Grimes St.
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,347.50 |
|---|---|---|---|

**American Arbitration Assn.**
13727 Noel Road
Suite 700
Dallas, TX 75249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Professional Fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $389.28 |
|---|---|---|---|

**American Valve & Meter Service Inc**
1113 W. Broadway St.
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | | Case number (if known) | **24-42003-7** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,468.78 |
|---|---|---|---|

**American Welding & Gas**
4900 Falls of Neuse Road
Suite 150
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $667,947.08 |
|---|---|---|---|

**Apple Electrical Contractors Inc**
7540 Andrews Hwy
Odessa, TX 79765

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $802.05 |
|---|---|---|---|

**Aqua Beverage Co./Ozarka**
701-A West Jackson
El Campo, TX 77437

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,557.50 |
|---|---|---|---|

**Arcadi Jackson**
2911 Turtle Creek Blvd
Suite 800
Dallas, TX 75219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,917.17 |
|---|---|---|---|

**Aries Building Systems LLC**
3229 N. Main St.
Cleburne, TX 76033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,000.00 |
|---|---|---|---|

**Arizona State University**
1151 S. Forest Ave
Tempe, AZ 85287

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Engineering  Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,900.00 |
|---|---|---|---|

**Armanino LLP**
15950 Dallas Pkwy
Suite 600
Dallas, TX 75248

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,219.12**

ASAP Drug Solutions Inc
1805 Arnold Dr.
Martinez, CA 94553

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,565.00**

ASTAR Inc.
4155 W 16th Street
Odessa, TX 79763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,552.57**

Atkins Hollmann Jones Peacock & Lewis
3800 E. 42nd Street
Odessa, TX 79762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,761.92**

AXA Equitable - Retirement
PO Box 1016
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,327.78**

Axis Energy Services LLC
2758 S Access Road
Longview, TX 75602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00**

B&M Fabrication & Welding
5226 Buttercup Ct.,
Granbury, TX 76049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,461.00**

B&R Excavating LLC
6570 420th Street
Sutherland, IA 51058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,750.00 |
|---|---|---|---|

**Barmore Enterprises Inc.**
2203 W 3rd Street
Pecos, TX 79772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,466.00 |
|---|---|---|---|

**Basin Safety Consulting Corp.**
2740 Sims St., Suite B
Dickinson, ND 58601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,714.29 |
|---|---|---|---|

**Baymont by Wyndham**
22 Sylvan Way
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,350.30 |
|---|---|---|---|

**BD Holt Co.**
5665 SW Loop 410
San Antonio, TX 78222

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,159.34 |
|---|---|---|---|

**BDA Equipment Rentals**
2767 South Loop 464
Monahans, TX 79756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,500.00 |
|---|---|---|---|

**Bennett Weber & Hermstad LLP**
319 S. Gillette Ave.
Gillette, WY 82716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,992.42 |
|---|---|---|---|

**Best Buy Business Advantage**
PO Box 10922
Overland Park, KS 66225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,871.18 |
|---|---|---|---|

Big Horn Tire Inc
501 Westside Dr
Gillette, WY 82718

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,468.01 |
|---|---|---|---|

Big O Tires
4280 Professional Center Dr
Suite 400
Palm Beach Gardens, FL 33410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,743.63 |
|---|---|---|---|

Bighorn Mountain Electric LLC
1309 Coffeen Ave., Suite 1200
Sheridan, WY 82801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,876.48 |
|---|---|---|---|

Bill Williams Tire Center
1160 Horizon Blvd.
El Paso, TX 79927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,267.65 |
|---|---|---|---|

Black Gold Energy Services NM
221 N. Burk Street
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,752.90 |
|---|---|---|---|

Black Hills Truck & Trailer Inc
2910 E. Mall Drive
Rapid City, SD 57701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,392.07 |
|---|---|---|---|

Blackline Energy Services LLC
10001 W. Interstate 20
Unit B
Midland, TX 79706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,239.89 |

**Bobcat of Gillette**
4520 S. Douglass Hwy
Gillette, WY 82718

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,743.29 |

**Bottom Line Equipment LLC**
6300 I-20
Aledo, TX 76008

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146,061.22 |

**BPS Supply Group**
5708 North FM 1788
Midland, TX 79707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,171.40 |

**Brackett & Ellis**
100 Main Street
Fort Worth, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Attorney Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,605.08 |

**Bradley Arant Boult Cummings LLP**
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, TX 75202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Attorney Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $945.00 |

**Bradshaw Fowler Proctor & Fairgrave**
801 Grand Avenue
Suite 3700
Des Moines, IA 50309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,454.67 |

**Brandon & Clark Inc.**
3623 Interstate 27
Lubbock, TX 79404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,692.00 |
|---|---|---|---|

**Braun Intertec**
11001 Hampshire Avenue S
Minneapolis, MN 55438

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,420.00 |
|---|---|---|---|

**Braun Trucking Inc**
335 2nd Street SE
Tioga, ND 58852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,563.75 |
|---|---|---|---|

**Brock White Construction Supply**
2575 Kasotas Ave
Saint Paul, MN 55108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,730.50 |
|---|---|---|---|

**Browning's Concrete Pumping & Trucking**
3501 Old Granbury Rd.
Granbury, TX 76049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762.52 |
|---|---|---|---|

**Burton Companies LLC**
529 E. Expressway 83
Weslaco, TX 78599

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,514.95 |
|---|---|---|---|

**Butch's Rat Hole & Anchor Service Inc.**
700 Austin Street
Levelland, TX 79336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.00 |
|---|---|---|---|

**CA Secretary of State**
1500 11st Street
Sacramento, CA 95814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,822.50 |
|---|---|---|---|

**Cactus Fresh Water LLC**
**501 North Pyote**
**Wink, TX 79789**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,000,000.00 |
|---|---|---|---|

**Cadence Bank**
**2800 N. Loop West, Suite 1000**
**Houston, TX 77092**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,422.02 |
|---|---|---|---|

**Cain Electerical Supply Corp**
**PO Box 2158**
**Big Spring, TX 79721**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Calfee Halter & Griswold**
**1405 East Sixth Street**
**Cleveland, OH 44114**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.44 |
|---|---|---|---|

**Campbell County Treasurer**
**500 S. Gillette Ave.**
**Gillette, WY 82716**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,261.00 |
|---|---|---|---|

**Canary LLC**
**2412 East Interstate Hwy 20**
**Odessa, TX 79766-6000**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,830,588.00 |
|---|---|---|---|

**Cannon Advance**
**5308 13th Avenue, Suite 324**
**Brooklyn, NY 11219**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,828.54** |
|---|---|---|---|

Canon Financial Services Inc
158 Gaither Drive
Mount Laurel, NJ 08054

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,848.46** |
|---|---|---|---|

Capital Lumber CO
1044 E 66th Ave.
Denver, CO 80229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$978.80** |
|---|---|---|---|

Cardinal Hardware & Lumber
1231 Main Street
Eunice, NM 88231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$964.90** |
|---|---|---|---|

Carson's Nut - Bolt & Tool Company Inc
621 McGee Road
Anderson, SC 29625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,352.85** |
|---|---|---|---|

Carter CAT Machinery
18471 Spring Creek Rd.
Abingdon, VA 24210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,389.52** |
|---|---|---|---|

Cat Commercial Account
122 Noxon Road
Poughkeepsie, NY 12603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325,649.16** |
|---|---|---|---|

CAT Financial
2120 West End Avenue
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Equipment Loan_

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,395.00**

Choat Enterprises Inc.
1337 E. 5th Street
Odessa, TX 79761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,900.00**

Chris Gibson Logging LLC
114 Sycamore View Lane
Broken Bow, OK 74728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,557.10**

Cintas Corporation
3450 Northern Cross Blvd.
Fort Worth, TX 76137

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,560.64**

Citadel Insurance Services
2600 W. Executive Pkwy
Suite 500
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187.50**

CJB Construction
31 Steel Road
Wylie, TX 75098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$213.60**

Clyde Henson
1421 Great Prairie Drive
Gillette, WY 82717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,195.93**

Collection Professionals Inc.
29 N. Connor Street
Sheridan, WY 82801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.76 |
|---|---|---|---|

**Colonial Life**
PO Box 1365
Columbia, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,153.16 |
|---|---|---|---|

**Colony Hardware**
3025 N. Great SW Pkwy
Grand Prairie, TX 75050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.07 |
|---|---|---|---|

**Colorado Dept. of Labor & Employment**
633 17th Street, Suite 600
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,229.00 |
|---|---|---|---|

**Colorado Dept. of Revenue**
1881 Pierce Street
Denver, CO 80214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __

Basis for the claim: Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.26 |
|---|---|---|---|

**Comcast**
1701 JFK Blvd.
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __

Basis for the claim: Cable Bill

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,968.21 |
|---|---|---|---|

**Compass Cementing Services LLC**
4100 International Plaza
Suite 500
Fort Worth, TX 76109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,162.08 |
|---|---|---|---|

**Complete Energy Services Inc.**
3333 I-35, Building F
Gainesville, TX 76240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Big Horn Construction & Reclamation LLC**                     Case number (if known)   **24-42003-7**
     Name

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,973.56 |
|---|---|---|---|

**Connet Fab LLC**
PO Box 1783
Jacksonville, TX 75766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,063.86 |
|---|---|---|---|

**Converse County Treasurer**
107 N. 5th Street
Douglas, WY 82633

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Taxes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,445.05 |
|---|---|---|---|

**Cooper Water Sales**
254 Chapman Rd., Suite 208
Newark, DE 19702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,080.52 |
|---|---|---|---|

**Core & Main Geosynthetics**
1830 Craig Park Court
Saint Louis, MO 63146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,476.49 |
|---|---|---|---|

**Cort Business Services Corp**
14850 Conference Center Drive
Suite 110
Chantilly, VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,410.54 |
|---|---|---|---|

**Cotton Bledsow Tighe Dawson**
500 W. Illinois Ave.
Midland, TX 79701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,820.00 |
|---|---|---|---|

**Covery Brothers Contracting**
2301 N. Masch Branch Rd.
Suite 208
Denton, TX 76207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | | Case number (if known) | **24-42003-7** |
|---|---|---|---|---|
| | Name | | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,015.50 |
|---|---|---|---|

**Crane Rental LLC**
1901 West Collins Ave.
Orange, CA 92867

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Credit Collection Services Commercial**
725 Canton St.
Norwood, MA 02062

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,400.10 |
|---|---|---|---|

**Credo Energy Services LLC**
1402 South 23rd Street
Artesia, NM 88210

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,484.88 |
|---|---|---|---|

**Crossfire LLC**
5805 FM 1788
Midland, TX 79706

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,952.50 |
|---|---|---|---|

**Crowley FLeck PLLP**
100 W. Broadway Ave.
Bismarck, ND 58501

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,985.88 |
|---|---|---|---|

**Crude State Energy Services LLC**
115 N. Cedar Street
Pecos, TX 79772

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Culligan Water Conditioning**
9399 W. Higgins Road
Suite 1100
Des Plaines, IL 60018

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180,759.66 |
|---|---|---|---|

**Customer Truck & Equipment LLC**
7701 East 24 Highway
Kansas City, MO 64125

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,899.12 |
|---|---|---|---|

**Dakota Equipment Rental**
4435 E. Colorado Blvd.
Spearfish, SD 57783

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $914,301.60 |
|---|---|---|---|

**Dannah Investment Group**
1717 Main St., Suite 5650
Dallas, TX 75201

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Professional Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Darrel L. Rhyne, RS**
9227 State Hwy. 17
Balmorhea, TX 79718

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,394.50 |
|---|---|---|---|

**David Coffin PLLC**
300 Miron Drive
Southlake, TX 76092

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Pesina Jr.**
736 W. Sheridan Ave.
Nampa, ID 83686

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,890.00 |
|---|---|---|---|

**DCA PR LLC**
468 N. Main Street
Medina, TN 38355

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220,761.49**

**Delta Fuel Company LLC**
**1000 Wells Island Rd.**
**Shreveport, LA 71107**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00**

**Dept of Treasury**
**Internal Revenue Services**
**Ogden, UT 84201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Derrick Brimingham**
**804 Nob Hill Drive #C**
**Birmingham, AL 35209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$744.82**

**Design Space Modular Bldgs, Inc**
**26020 Acero, Suite 100**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$169.11**

**DiCarlo Precision Instrument Inc.**
**2006 Northwood Drive**
**Salisbury, MD 21801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,054,300.00**

**Direct Business Funders LLC**
**175 Great Neck Road**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,353.51**

**DISA Global Solutions Inc.**
**10900 Corporate Centre Dr.**
**Suite 250**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,278.75 |
|---|---|---|---|

**DJ Express Inc**
PO Box 12836
Longview, TX 75607

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154,618.81 |
|---|---|---|---|

**Doggett Heavy Machinery Svcs LLC**
9111 North Freeway
Houston, TX 77037

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,669.50 |
|---|---|---|---|

**Dossier Systems Inc.**
6 Terri Lane, Suite 700
Burlington, NJ 08016

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,912.34 |
|---|---|---|---|

**Double Z Service & Supply LLC**
631 I-20
Pecos, TX 79772

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,435.00 |
|---|---|---|---|

**Dougherty Safety  Consulting LLC**
1011 Energy Street, Bldg. 2
Gillette, WY 82717

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,015.22 |
|---|---|---|---|

**Dovetail Distributors**
101 Nursery Lane, Suite 303
Fort Worth, TX 76114

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615,649.22 |
|---|---|---|---|

**Dozer Ltd**
3411 Silverside Rd., Suite 104
Wilmington, DE 19810

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,490.00 |
|---|---|---|---|

**Driven Services**
4010 Katie Lane
Midland, TX 79706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.40 |
|---|---|---|---|

**E-470 Public Highway Authority**
22470 E. 6th Parkway
Suite 100
Aurora, CO 80018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,738.00 |
|---|---|---|---|

**Eagle Compression LLC**
2 Eagle Industrial Drive
Troy, MO 63379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.20 |
|---|---|---|---|

**EDI**
616 W. Monument Rd.
Colorado Springs, CO 80905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,033.91 |
|---|---|---|---|

**Elevated Electrical Services LLC**
PO Box 80726
Midland, TX 79708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,678.40 |
|---|---|---|---|

**Ellison Fluid Calipers LLC**
7 Casa Loma
Odessa, TX 79765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,602.56 |
|---|---|---|---|

**Emergency Ice Inc**
8300 Sovereign Row
Dallas, TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**Emeterio Valerio del Villar**
**1220 Winchester Blvd.**
**Rock Springs, WY 82901**

Date(s) debt was incurred _

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,505.00** |
|---|---|---|---|

**Encompass Services LLC**
**2750 S. Wadworth Blvd**
**Suite C-202**
**Denver, CO 80227**

Date(s) debt was incurred _

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,539.00** |
|---|---|---|---|

**Energy Pipe & Equipment Rental LLC**
**2450 SW Evangeline Thrwy**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,019.16** |
|---|---|---|---|

**Envirocon Systems Inc**
**1910 Rankin Rd.**
**Houston, TX 77073**

Date(s) debt was incurred _

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,663.56** |
|---|---|---|---|

**Envirotech Engineering & Consulting Inc**
**2500 N. 11th Street**
**Enid, OK 73701**

Date(s) debt was incurred _

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,686.00** |
|---|---|---|---|

**Equip Energy Company**
**345 Cabal Park Drive**
**Suite 200**
**Duluth, MN 55802**

Date(s) debt was incurred _

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67,573.75** |
|---|---|---|---|

**Equipment & Parts**
**5610 E Loop 281 South**
**Longview, TX 75602**

Date(s) debt was incurred _

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,500.68** |
|---|---|---|---|

**Equipment Plus**
**PO Box 209**
**Dennis, TX 76740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,328.57** |
|---|---|---|---|

**Equipment Share**
**719 Arrowest Ct.**
**Grand Junction, CO 81505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,138.34** |
|---|---|---|---|

**ETI - A Palfinger Co**
**15939 Piuma Avenue**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$116,004.90** |
|---|---|---|---|

**Express 4x4 Truck Rental**
**330 S. Warminster Rd.**
**Suite 334**
**Hatboro, PA 19040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Vehicle Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,210.00** |
|---|---|---|---|

**Exserv Facility Services Inc**
**890 Chancellor Row**
**Suite B**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,769,512.26** |
|---|---|---|---|

**F7 SSSM LLC**
**The Brookdale Group**
**3455 Peachtree Rd., Suite 300**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Office Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,600.00** |
|---|---|---|---|

**Fast Track Transportation LLC**
**15402 Vantage Parkway East**
**Suite 322**
**Houston, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,513.86 |
|---|---|---|---|

**Fastenal**
2001 Theurer Blvd.
Winona, MN 55987

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.26 |
|---|---|---|---|

**FedEx**
942 South Shady Grove Rd.
Memphis, TN 38120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $271,046.59 |
|---|---|---|---|

**FEI Ferguson Waterworks**
751 Lakefront Commons
Newport News, VA 23606

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**FireMaster**
310 E. 34th Street
Lubbock, TX 79404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,643.36 |
|---|---|---|---|

**Fisher Sand & Gravel Co.**
5310 Coleman Ranch Rd.
Tolar, TX 76476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,595.58 |
|---|---|---|---|

**Flex Fleet Rentals LLC**
2855 East Cottonwood Pkwy
Suite 100
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Florida Dept of Revenue**
5050 W. Tennesee Street
Tallahassee, FL 32399

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,127.72**

Foley Carrier Services LLC
1601 Elm Street, Suite 4360
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$941.32**

Forrest Tire Co Inc.
2225 NW County  Rd.
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,889.94**

Forza Safety LLC
PO Box 460
Shallowater, TX 79363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,859.50**

Franklin Mountain Permian LP
123 W. Mills Ave., Suite 600
El Paso, TX 79901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$223.09**

Franks Supply Company
3311 Stanford Dr. NE
Albuquerque, NM 87107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,750.00**

Freeland & Kauffman Inc.
209 W. Stone Ave.
Greenville, SC 29609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,867.71**

Freese & Nichols Inc
801 Cherry St., Suite 2800
Fort Worth, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Engineering Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Big Horn Construction & Reclamation LLC**
_____
Name

Case number (if known) **24-42003-7**

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $573.53 |
|---|---|---|---|

**Friendly Chevrolet Buick**
**2754 N. Stemmons Frwy**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,309.50 |
|---|---|---|---|

**Front Range Hydro-bandits**
**26199 County Road 52**
**Kersey, CO 80644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $452.58 |
|---|---|---|---|

**FSA Equipment LLC**
**1987 Troy Road**
**Washington, IN 47501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,180.00 |
|---|---|---|---|

**Fusion Testing LLC**
**210 Malapardis Rd., Suite 103**
**Cedar Knolls, NJ 07927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114,200.00 |
|---|---|---|---|

**G&E Contractors LLC**
**1613 E. Mile 5 N**
**Weslaco, TX 78596**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.86 |
|---|---|---|---|

**G&L Cattle**
**950 FM 1995**
**Van, TX 75790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GDL Industrial Electronics**
**1303 Cotton Flat Rd.**
**Midland, TX 79701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,291.67 |
|---|---|---|---|

**GenPro LLC**
3500 S. Country Road 1290
Odessa, TX 79765

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,936.26 |
|---|---|---|---|

**GeoCorr Pipeline Inspection Technologies**
11050 W. Little York Rd., Building H
Houston, TX 77041

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,370.96 |
|---|---|---|---|

**Get A Grip Supplies Inc.**
14121 N. Shady Lane
Hobbs, NM 88242

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $389,294.93 |
|---|---|---|---|

**Getsco Inc.**
10791 E. Finch Ave.
Middlesex, NC 27557

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☒ Yes

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,246.30 |
|---|---|---|---|

**Git-R-Done Site Services Inc.**
5840 Mohan Road
Gillette, WY 82718

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,164.58 |
|---|---|---|---|

**GM Feeds**
4000 Taylorsville Hwy
Statesville, NC 28625

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,499.75 |
|---|---|---|---|

**Good Times Trucking LLC**
408 N. 4th Street
Loving, NM 88256

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.42 |
|---|---|---|---|

Goodell Machinery & Construction
18847 County Road 72
Eaton, CO 80615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $908.01 |
|---|---|---|---|

Goosmann Law Firm PLC
2101 W. 69th Street, Suite 200
Sioux Falls, SD 57108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $823.24 |
|---|---|---|---|

Grainger
100 Grainger Parkway
Lake Forest, IL 60045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

Green Mule Services LLC
1601 Evans
Midland, TX 79701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,247.00 |
|---|---|---|---|

GSS Construction & Oilfield Supply
12020 W. Interstate 20 East
Odessa, TX 79763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,680.96 |
|---|---|---|---|

Gulfstream Legal Group LLC
720 N. Post Oak Road, Suite 355
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Attorney Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

Hackler High Caliber Construction
2500 County Road 405
Alvarado, TX 76009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,188.93 |
|---|---|---|---|

**Hale Trailer**
**1711 IA-210**
**Huxley, IA 50124**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,818.85 |
|---|---|---|---|

**Hall & Evans LLC**
**1001 17th Street, Suite 3000**
**Denver, CO 80202**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,469.50 |
|---|---|---|---|

**Haynes & Boone LLP**
**2801 N. Harwood St., Suite 2300**
**Dallas, TX 75201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,500.00 |
|---|---|---|---|

**HDDS LLC**
**1999 Bryan St., Suite 900**
**Dallas, TX 75201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,186.15 |
|---|---|---|---|

**Heavy Equipment Rentals of Texas LLC**
**4629 Priem Lane**
**Pflugerville, TX 78660**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Equipment Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,426.78 |
|---|---|---|---|

**Herc Rentals Inc.**
**27500 Riverview Center Blvd.**
**Suite 100**
**Bonita Springs, FL 34134**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,136.75 |
|---|---|---|---|

**High Mountain Inspection Services Inc**
**2000 Revenue Blvd.**
**Casper, WY 82601**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | | Case number (if known) | **24-42003-7** |
|---|---|---|---|---|
| | Name | | | |

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,322.77

**High Reach Equipment LLC**
2624 West 30th Street South
Wichita, KS 67217

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,825.97

**Hilliard Office Solutions**
3001 W Loop 250 N
Suite E-127
Midland, TX 79705

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,502.50

**Hitek Communications Inc.**
411 S. Walsh Drive #A137
Casper, WY 82609

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $801.74

**Hobbs Welding Supply**
123 N. Grimes Street
Hobbs, NM 88240

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,564.61

**Hoffer Auto Care**
2201 N. Mechanic Street
El Campo, TX 77437

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377,000.00

**Honnen Equipment Company**
5055 East 72nd Avenue
Commerce City, CO 80022

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Equipment Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,120.20

**Howard Supply Company LLC**
4100 International Plaza #850
Fort Worth, TX 76109

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,612.25**

HPF Consultants Inc
3106 N. Big Spring
Suite 100
Midland, TX 79705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,921.00**

HUB International Mountain States Ltd.
3545 Gabel Road
Billings, MT 59102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$460,472.00**

Hunt Gulliot & Associates LLC
603 Reynolds Drive
Ruston, LA 71270

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,925.01**

Hydrostatic Pipe Service Inc
3030 W. Marland Blvd.
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,972.58**

Hytorc
7900 Rodeo Trail, Suite 500
Mansfield, TX 76063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,220.23**

iCopy LLC
1010 W. Business 380
Decatur, TX 76234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,430.00**

Ignite Energy Services LLC
5173 US-69
Lufkin, TX 75904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

---

**3.215** Nonpriority creditor's name and mailing address

Imperial Supplies LLC
300 N. Madison Street
PO Box 11008
Green Bay, WI 54307

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,988.76

---

**3.216** Nonpriority creditor's name and mailing address

Imperial Testing & Engineering Inc
3907 Kidron Road
Lakeland, FL 33811

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,232.50

---

**3.217** Nonpriority creditor's name and mailing address

IN Dept of Child Support
402 W. Washington Street
Indianapolis, IN 46204

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$202.12

---

**3.218** Nonpriority creditor's name and mailing address

Industrial Fabrics Inc
510 O'Neal Lane
Baton Rouge, LA 70819

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$118,066.89

---

**3.219** Nonpriority creditor's name and mailing address

Industrial Hose & Oilfield Supply
1713 Hines Road
Cleburne, TX 76031

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$285,380.64

---

**3.220** Nonpriority creditor's name and mailing address

Industrial Informaton Resources
2277 Plaza Drive, Suite 300
Sugar Land, TX 77479

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$13,672.51

---

**3.221** Nonpriority creditor's name and mailing address

Industrial Power
703 Whitfield Street
Fayetteville, NC 28306

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$11,816.31

---

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

Industrial Training Services
120 Cs-1000
Murray, KY 42071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,393.50 |
|---|---|---|---|

Innovex Downhole Solutions Inc,
4310 N. Sam Houston Pkwy E
Houston, TX 77032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,265.00 |
|---|---|---|---|

Inspection Associates
15934 Cypress North Houston Rd.
Cypress, TX 77429

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,720.45 |
|---|---|---|---|

Intermountain Electric Service Inc
777 Main Street, Suite 3000
Fort Worth, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,833.89 |
|---|---|---|---|

Invictus Tools LLC
501 Winscott Road
Benbrook, TX 76126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,151.35 |
|---|---|---|---|

IR Express Trucking LLC
306 N. Jefferson St.
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,068.56 |
|---|---|---|---|

ISCO Industies Inc
58301 Marietta Road
Byesville, OH 43723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,377.81**

J and C Investments
2611 Highway 35 North
Rockport, TX 78382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$191,449.16**

J&J Rentals LLC
7807 N. World Drive
Hobbs, NM 88242

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,421.60**

J-MAVV Transport LLC
1203 E. Scharbauer St.
Apt A
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,201.67**

Jet Specialty Inc.
309 I-20 Frontage Road
Big Spring, TX 79720

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,727.25**

Jim Unger
4237 County Road 40
Yuma, CO 80759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$177,659.95**

Jordan Lynch & Cancienne PLLC
1980 POst Oak Blvd., Suite 200
Houston, TX 77056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Attorney Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Jose T. Arrendondo
1428 Paradise Drive
Hobbs, NM 88242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,375.00**

**K&M Energy Services Inc.**
210  Hwy 59
Douglas, WY 82633

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,066.00**

**Kalaco Equipment Company**
8400 Sprague Road
Odessa, TX 79764

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14.00**

**Kansas Turnpike Authority**
9401 E. Kellogg
Wichita, KS 67207

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,632.26**

**KEHM Contractors Inc**
1466 S. 13th Street
Omaha, NE 68108

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,039.00**

**Kelley Jasons McGownan Spinelli Hanna**
3411 Silverside Road
Wilmington, DE 19810

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00**

**Keyhole Technologies LLC**
5700 West Poison Spider Rd.
Casper, WY 82604

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$867.41**

**Kimball Midwest**
4800 Roberts Road
Columbus, OH 43228

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Big Horn Construction & Reclamation LLC**                     Case number *(if known)*    **24-42003-7**
      Name

| | | |
|---|---|---|
| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$24,577.75** |

**Kinetic Energy Services**
615 W. Chapman Road
Carlsbad, NM 88220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$1,043.00** |

**Kissack Water & Oil Service Inc**
231 S. Heptner Road
Rozet, WY 82727

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$53,254.00** |

**Knighten Machine & Service Inc**
3800 E. 42nd Stret, Suite 333
Odessa, TX 79762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$787.00** |

**Koenig Portable Toilets**
1655 370th Street
Spencer, IA 51301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$918.54** |

**Kohn Law Firm S.C.**
735 N. Water Street
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$93,234.55** |

**Komatsu Equipment Company**
dba Komatsu Sou
1409 East 3850 South
Saint George, UT 84790

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$27,908.65** |

**Kroskob Brothers Farms**
12462 County Road 25
Merino, CO 80741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Big Horn Construction & Reclamation LLC**          Case number (if known)   **24-42003-7**
         Name

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $838.83 |

Kumar & Associates Inc.
2390 S. Lipan Street
Denver, CO 80223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,374.58 |

KW Fuels LLC
717 W. Sanger Street
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,184.50 |

Kyle Erwin Construction LLC
270 County Road 4668
Rhome, TX 76078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.75 |

Landmark Coatings
933 Danner Road
Mocksville, NC 27028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |

Law Office of Kight L Higgins PLLC
6300 Ridglea Place
Fort Worth, TX 76116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,047.50 |

Lea County Concrete
5505 W. Dunnam Street
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,625,000.00 |

Lendspark
2554 Gateway Road
Carlsbad, CA 92009

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,631,450.96** |

**Libertas Funding LLC**
**411 W. Putnam Ave., Suite 220**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,260.50** |

**Life Line Technologies**
**dba XstremeMD**
**1028 Forum Drive**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,654.66** |

**Lightning Field Service**
**11830 N. Saginaw Blvd.**
**Fort Worth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,449.99** |

**Lightning Master Corporation**
**2100 Palmetto St., Suite A**
**Clearwater, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13.05** |

**Lindsay Water Sales**
**107 14th Street N**
**Moorhead, MN 56560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,900.00** |

**Logistic Dynamics LLC**
**155 Pineview Drive**
**Buffalo, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,977.74** |

**Lone Star Technology Group LLC**
**6210 Shiloh Road**
**Midlothian, TX 76065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Big Horn Construction & Reclamation LLC**                 Case number (if known)   **24-42003-7**
      Name

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,598.75 |
|---|---|---|---|

**Lone Wolf Natural Resource Service Inc.**
**11263 Canvas Nettie Road**
**Nettie, WV 26681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,189.15 |
|---|---|---|---|

**Lonestar Ag**
**1690 US-60**
**Friona, TX 79035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,778.75 |
|---|---|---|---|

**Lyrthiz LLC**
**400 W. Illinois Ave., Suite 800**
**Midland, TX 79701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $373.65 |
|---|---|---|---|

**M&M Disposal**
**PO Box 12**
**Stanton, TX 79782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,462.60 |
|---|---|---|---|

**Mac Farms Inc.**
**2066 Meadow Creek**
**Campbellsville, KY 42718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,236.99 |
|---|---|---|---|

**Mallory Safety & Supply LLC**
**1040 Industrial Way**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.82 |
|---|---|---|---|

**Mark Leachman PC**
**PO Box 1060**
**Broomfield, CO 80038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,297.99 |

**Marlatt Farm Freight CO**
4604 US-85
Yoder, WY 82244

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,396.10 |

**Marlin Oil Company LLC**
1121 Sioux
Gillette, WY 82718

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,253.87 |

**Martin Marietta Materials Inc.**
4123 Parklake Avenue
Raleigh, NC 27612

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,080.64 |

**Matheson Tri-Gas Inc.**
909 Lake Carolyn Pkwy
Suite 1300
Irving, TX 75039

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,900.00 |

**MBS Seed Inc.**
320 Bell Place
Denton, TX 76209

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,264.97 |

**McBride Supplies It All LLC**
4090 NW Mustang Dr.
Andrews, TX 79714

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,103.78 |

**McCarty Equipment Co Ltd.**
1103 Industrial Blvd.
Abilene, TX 79602

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,900.00 |
|---|---|---|---|

**Meridiam Partners LLC**
1001 W. Arizona Blvd
Denver, CO 80223-3000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,225.00 |
|---|---|---|---|

**Mesa Machine**
8820 NW Loop 338, Suite 4
Odessa, TX 79764

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,781.25 |
|---|---|---|---|

**Metro Transit Sandblasting WTX LLC**
601 County Road 125
Garden City, TX 79739

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.78 |
|---|---|---|---|

**MG Oil Company**
1180 Creek Drive
Rapid City, SD 57703

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,034.05 |
|---|---|---|---|

**Midland Central Appraisal District**
4631 Andrews Hwy
Midland, TX 79703

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Taxes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.25 |
|---|---|---|---|

**Midland City VEH REG CO**
PO Box 712
Midland, TX 79702

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216.00 |
|---|---|---|---|

**Midland Lock & Safe**
1408 N. Big Spring Street
Midland, TX 79701

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,315.00 |
|---|---|---|---|

Miller Insulation
8290 I-20
Midland, TX 79706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,000.00 |
|---|---|---|---|

Milton Rents Inc.
100 Dover Road
Chichester, NH 03258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,797.86 |
|---|---|---|---|

Minnesota Ag Power
dba Midwest Machinery
4561 Highway 212
Glencoe, MN 55336

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,893.48 |
|---|---|---|---|

Montgomery Asphalt Company LLC
1060 Hobbie Road
Montgomery, AL 36105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,050.00 |
|---|---|---|---|

Moore Maker Inc.
303 Houston Avenue
Matador, TX 79244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,665.00 |
|---|---|---|---|

Morales Fiberglass Services
565 Mason Rd., Suite 216
Katy, TX 77494

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,254.78 |
|---|---|---|---|

Motive (Keep Trucking Inc)
55 Hawthorne St., Suite 400
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt 

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,325.69 |
|---|---|---|---|

**Motor Power Casper Inc,**
4455 N. Salt Creek Hwy.
Casper, WY 82601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,683.07 |
|---|---|---|---|

**MRB Enterprise Inc.**
7700 Old Branch Ave B204
Clinton, MD 20735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,225.00 |
|---|---|---|---|

**MTR Construction & Consulting LLC**
1400 N. Hwy 349
Rankin, TX 79778

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,657.72 |
|---|---|---|---|

**Murray Resources Ltd**
800 Geesner Rd, Suite 170
Houston, TX 77024

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,222.12 |
|---|---|---|---|

**Mustang Rental Services**
12800 Northwest Frwy
Houston, TX 77040

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Equipment Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**National Renewable Energy Corp (Norenco)**
801 Wood Ridge Center Dr. Suite A
Charlotte, NC 28217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,399.24 |
|---|---|---|---|

**National Tank & Equipment LLC**
501 Independence Pkwy, Suite A
Deer Park, TX 77536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Big Horn Construction & Reclamation LLC**                          Case number (if known)    **24-42003-7**
     Name

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.00 |
|---|---|---|---|

NCCER
13614 Progress Blvd.
Alachua, FL 32615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51.00 |
|---|---|---|---|

New Mexico Taxation & Revenue Dept.
10500 Copper Ave., Suite C
Albuquerque, NM 87123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

Newco Trucking
2708 West 7th Street
Texarkana, TX 75501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234,249.46 |
|---|---|---|---|

Niece Equipment
17401 N IH 35
Buda, TX 78610

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,339.75 |
|---|---|---|---|

Norco Inc.
3333 W. Yellowstone Hwy.
Casper, WY 82602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.00 |
|---|---|---|---|

North Bill Disposal LLC
4100 Hwy 59
Douglas, WY 82633

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.60 |
|---|---|---|---|

North Dakota One Call
c/o One Csll Concep
PO Box 1015
Bismarck, ND 58502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Big Horn Construction & Reclamation LLC**                    Case number (if known)    **24–42003-7**
_____
Name

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.29 |
|---|---|---|---|

**North Texas Extinguisher Service**
**W Brady Street**
**Decatur, TX 76234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.95 |
|---|---|---|---|

**North Texas Fire Extinguisher Company**
**12507 County Road 1114**
**Tyler, TX 75709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,154.07 |
|---|---|---|---|

**North Texas Five Star Events LLC**
**2701 Hartlee Field Road**
**Denton, TX 76208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.00 |
|---|---|---|---|

**Northern Colorado Pest & Wildlife Contro**
**2881 S. 31sst Avenue, Unit 12**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,172.41 |
|---|---|---|---|

**Northern Survey Consulting LLC**
**1320 W. Erie Street**
**Holbrook, AZ 86025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.65 |
|---|---|---|---|

**Northwest Parkway**
**3701 Northwest Parkway**
**Broomfield, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,310.00 |
|---|---|---|---|

**Nuverra Environmental Solutions**
**1111 Katy Frwy., Suite 1006**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | | Case number (if known) | **24-42003-7** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104,294.98 |
|---|---|---|---|

NVI LLC
2449 West Park Avenue
Gray, LA 70359

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,458.85 |
|---|---|---|---|

O&S Quick Change Inc
2301 N. Grimes Street
Hobbs, NM 88240

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $818.89 |
|---|---|---|---|

O'Reilly Automotive Inc.
526 Front Street
Evanston, WY 82930

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,448.73 |
|---|---|---|---|

O'Rourke Petroleum
223 McCarty Street
Houston, TX 77029

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,096.25 |
|---|---|---|---|

Office Shop Inc.
105 E. Washington Ave.
Riverton, WY 82501

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,125.00 |
|---|---|---|---|

Offsite Equipment LLC
223 McCarty Street
Houston, TX 77029

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,355.82 |
|---|---|---|---|

Ohio Child Support Payment Center
PO Box 182380
Columbus, OH 43218

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,708.72** |
|---|---|---|---|

**One Stop Auto Plex**
**1281 W. Richards Street**
**Douglas, WY 82633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**Overhead Door Company of Gillette**
**3208 US-14 #16**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,093.18** |
|---|---|---|---|

**Oxygen Service Company**
**1111 Pierce Butler Rte**
**Saint Paul, MN 55104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,642.09** |
|---|---|---|---|

**Pacific Steel & Recycling**
**5 River Drive South**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$717,882.53** |
|---|---|---|---|

**Palmetto Services LLC**
**185 Aiken Road**
**Wagener, SC 29164**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,697.80** |
|---|---|---|---|

**Parking Systems of America (1563)**
**4220 Gurley Avenue**
**Dallas, TX 75223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,153.00** |
|---|---|---|---|

**Parking Systems of America (1622)**
**4220 Gurley Avenue**
**Dallas, TX 75223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Big Horn Construction & Reclamation LLC**                              Case number (if known)   **24-42003-7**
         _____
         Name

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,339.50 |
|---|---|---|---|

**Parking Systems of America (1694)**
4220 Gurley Avenue
Dallas, TX 75223

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|

**Parkingh Systems of America (1506)**
4220 Gurley Avenue
Dallas, TX 75223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,716.28 |
|---|---|---|---|

**PB Materials - Odessa**
4044 Penbrook Street
Odessa, TX 79762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,716.28 |
|---|---|---|---|

**Permian Basin Materials LLC**
4044 Penbrook St, Suite 100
Odessa, TX 79762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,014.74 |
|---|---|---|---|

**Permian Coating Supply LLC**
1902 South Midland Drive
Midland, TX 79703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,722.00 |
|---|---|---|---|

**Permian Sign Co. Inc.**
411 S. County Road 1276
Midland, TX 79706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140,502.00 |
|---|---|---|---|

**Permian Tank & Manufacturing Inc**
1054 Co. Rd. 237
Giddings, TX 78942

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,892.32 |
|---|---|---|---|

**Petro Fencing Inc**
1413 Pacific Avenue
Midland, TX 79705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,923.94 |
|---|---|---|---|

**Petro Guardian LLC**
12216 West County Rd
Suite 100
Odessa, TX 79765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,245.00 |
|---|---|---|---|

**Petrochemical**
620 N Grant Avenue
Odessa, TX 79761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $881.50 |
|---|---|---|---|

**Pipeline Land Services Inc.**
4708 K Mart Drive
Wichita Falls, TX 76308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,913.09 |
|---|---|---|---|

**Pipeline Supply & Service LLC (PSS)**
2656 S Loop W #600
Houston, TX 77054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,505.48 |
|---|---|---|---|

**Powder Coating Solutions**
910 W. Pierce Street
Carlsbad, NM 88220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.00 |
|---|---|---|---|

**Powder River WorkSafe Testing LLC**
E 4th Street, Suite 20
Gillette, WY 82716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,796.22 |

Power Screening
25 Brighton Road
Henderson, CO 80640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,692.95 |

Premier Equipment Corp. Inc.
PO Box 15203
Baton Rouge, LA 70895

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,851.20 |

Premium Oilfield Technologies LLC
10600 W Sam Houston Pkwy N
Houston, TX 77064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,250.00 |

Pressure Services
2361 S. Plaza Drive #1
Rapid City, SD 57702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

Priority Property Management
287 E. Fountain Blvd., Unit 300
Colorado Springs, CO 80903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,387.54 |

Pro-Kote Engineering & Supply
590 Circle Drive
Casper, WY 82601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,780.82 |

Professional Rig Services Inc
805 W. Main Street, Suite C
Tremonton, UT 84337

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,038,144.15 |
|---|---|---|---|

**ProsRent**
**3001 Dallas Pkwy**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Equipment Rent**

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,296.30 |
|---|---|---|---|

**ProTex Erosion Control LLC**
**PO Box 15082**
**Fort Worth, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,368.43 |
|---|---|---|---|

**Purity Oilfield Services LLC**
**183 Bear Cat Road**
**Aledo, TX 76028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,018.87 |
|---|---|---|---|

**Quallity Transport Inc**
**1200 East Mills Street**
**El Paso, TX 79901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,182.35 |
|---|---|---|---|

**Quick Supply  Co.**
**6620 NW Toni Drive**
**Des Moines, IA 50313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $681.98 |
|---|---|---|---|

**Quorum**
**9615 W. County Road 152**
**Midland, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,177.85 |
|---|---|---|---|

**R&M Trucking & Backhoe Service LLC**
**1311 14th Street**
**Hobbs, NM 88240**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,259.90**

R&N Trenching Inc.
7416 E US Hwy 67
Mertzon, TX 76941

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,228.48**

R&R Rest Stops of Casper
1835 Skyview Drive
Casper, WY 82601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$466.00**

Rapid Fire Protection
1530 Samco Road
Rapid City, SD 57702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$393.75**

Razor City Rental
305 S. Miller Avenue
Gillette, WY 82716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,680.00**

Razor's Edge Directional Drilling LLC
6854 Deerewood Lane
Bismarck, ND 58503

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,802.29**

RDO Construction Equipment Co.
901 E. Hwy 12
Webster, SD 57274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,079.64**

Ready Refresh By Nestle
4718 Mountain Creek Pkwy
Dallas, TX 75236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,562.34 |
|---|---|---|---|

**Reinforcing Steel Supply**
500 S. John Ben Sheppard Pkwy
Odessa, TX 79762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,850.00 |
|---|---|---|---|

**Reliable Industrial Group**
8801 Industrial Driveq
Pearland, TX 77584

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.51 |
|---|---|---|---|

**Republic Services**
18500 N Allied Way
Phoenix, AZ 85054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194,095.04 |
|---|---|---|---|

**Reusable Organic Energy**
6726 FM 1096
Boling, TX 77420

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Trade debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,186.75 |
|---|---|---|---|

**Rice Farmers Coop Inc.**
106 Market Street
El Campo, TX 77437

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,180.97 |
|---|---|---|---|

**Riverhawk Industrial Supply**
465 Fife Road
Mulberry, FL 33860

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,311.54 |
|---|---|---|---|

**Riveron RTS LLC**
401 S. Old Woodward, Suite 340
Birmingham, MI 48009

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Professional Service

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**Road Runner Crane LLC**
5054 Western Avenue
Woodward, OK 73801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,875.42 |
|---|---|---|---|

**Robert Half International**
1751 River Run, Suite 305
Fort Worth, TX 76107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Robert Mueller**
6337 Nightingale Drive
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,040.30 |
|---|---|---|---|

**Roberts Truck Center**
10101 I-20
Midland, TX 79706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,549.88 |
|---|---|---|---|

**Rocky Mountain Power**
2840 E. Yellowstone Hwy
Casper, WY 82609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,937.25 |
|---|---|---|---|

**Rocky Mountain Resources Inc**
PO Box 5101
Englewood, CO 80155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,518.48 |
|---|---|---|---|

**Rosenwood Rose & Litwak PLLC**
1712 Euclid Avenue
Charlotte, NC 28203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | | Case number (if known) | **24-42003-7** |
|---|---|---|---|---|
| | Name | | | |

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,040.16 |
|---|---|---|---|

**Rossco Crane & Rigging Inc**
SE 74th Street Southeast
Minot, ND 58701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,468.81 |
|---|---|---|---|

**Royer Commercial Interiors**
3100 West 7th Street, Suite 200
Fort Worth, TX 76107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,080.41 |
|---|---|---|---|

**Rush Truck Center**
326 North Access Road I-20
Tye, TX 79563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $174,380.00 |
|---|---|---|---|

**Sacramento Drilling Inc**
1143 Blumenfeld Drive, Suite 100
Sacramento, CA 95815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,162.50 |
|---|---|---|---|

**Safety Solutions LLC**
7116 W I-20
Midland, TX 79705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,332.60 |
|---|---|---|---|

**Salina Steel Supply**
234 E Ave A
Salina, KS 67401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,358.30 |
|---|---|---|---|

**Samba Saftey**
5619 DTC Pkwy, Suite 1000
Englewood, CO 80111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259,786.72 |
|---|---|---|---|

**Sanderfoot Wind & Excavating Inc**
2424 Progress Court
Neenah, WI 54956

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,535.00 |
|---|---|---|---|

**Selzer Gurvitch Rabin Wertheimer Polott**
4416 East-West Hwy
Bethesda, MD 20814

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Attorney Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,899.30 |
|---|---|---|---|

**Sentry Crane Services**
1505 21st Avenue NW
Watford City, ND 58854

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Sexton Creative**
10066 Fox Chase Drive
Loveland, OH 45140

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,621.50 |
|---|---|---|---|

**Sherrard Roe Voight Harbison PLC**
1600 West End Ave., Suite 1750
Nashville, TN 37203

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Attorney Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,753.86 |
|---|---|---|---|

**Sherwin Williams 79761**
510 S. Meadow Ave
Odessa, TX 79761

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,633.21 |
|---|---|---|---|

**Sherwin Williams 82601**
2590 Revenue Blvd. #1
Casper, WY 82601

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00** |
|---|---|---|---|

**Sideline Testing LLC**
601 S. San Patricio St.
Sinton, TX 78387

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126.66** |
|---|---|---|---|

**Sierra Springs**
5545 Sierra Springs Lane
Fort Worth, TX 76123

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,458.00** |
|---|---|---|---|

**SKG Engineering LLC**
706 S. Abe Street
San Angelo, TX 76903

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,350.00** |
|---|---|---|---|

**Sojourner Trucking**
26113 MS-27
Crystal Springs, MS 39059

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,183.03** |
|---|---|---|---|

**Somers & Watson Machinery LLC**
4706 W. Wall Street
Midland, TX 79703

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Sone Energy Services LLC**
1406 Rice Road
Tyler, TX 75703

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$725,930.75** |
|---|---|---|---|

**Southern Land & Fence LLC**
2635 Youngs Road
Leesburg, FL

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Big Horn Construction & Reclamation LLC**                     Case number (if known)   **24-42003-7**
_____
Name

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,378.00 |
|---|---|---|---|

**Southern Tire Mart LLC**
12618 W I-20 E
Odessa, TX 79765

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,458.57 |
|---|---|---|---|

**Southwest Oilfield Rentals LLC**
706 E. Michigan, Suite 406
Hobbs, NM 88240

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $737.50 |
|---|---|---|---|

**Spartan Consulting & Safety LLC**
1702 S. County Road 1310
Odessa, TX 79765

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,487,549.00 |
|---|---|---|---|

**Spin Capital**
1909 Tyler Street, Suite 504
Hollywood, FL 33020

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Spireon**
1888 Von Karman Ave., Suite 1500
Irvine, CA 92612

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.00 |
|---|---|---|---|

**Stash Storage Near Me**
4170 Tower Road
Denver, CO 80249

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,000.00 |
|---|---|---|---|

**State of North Dakota Workforce**
1600 E. Century Ave., Suite 1
Bismarck, ND 58503

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Big Horn Construction & Reclamation LLC**                    Case number (if known)   **24-42003-7**
         _____
         Name

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**Steam Consulting**
N St. Andrews Place
Los Angeles, CA 90004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,838.75 |
|---|---|---|---|

**Sterling Crane LLC**
9351 Grant St., Suite 250
Denver, CO 80229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.50 |
|---|---|---|---|

**Stodghill & Allie LLP**
2002 Hoskins Drive
Houston, TX 77080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,596.35 |
|---|---|---|---|

**Stone Oilfield Services**
725 Tatum Hwy
Lovington, NM 88260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,363.06 |
|---|---|---|---|

**Stotz Equipment**
14750 S. Pony Express Rd.
Riverton, UT 84065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,610.71 |
|---|---|---|---|

**Sundahl Powers Kapp & Martin LLC**
2020 Carey Ave., Suite 301
Cheyenne, WY 82001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,190.00 |
|---|---|---|---|

**Sunshine Supplies Inc.**
1409 Republic Road
Birmingham, AL 35214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Big Horn Construction & Reclamation LLC**     Case number (if known)   **24-42003-7**
Name

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,049.00 |
|---|---|---|---|

**Suttles Logging Inc**
**1805 Alta Vista Drive**
**Midland, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,095.00 |
|---|---|---|---|

**Swan Lake Farms LLC**
**12020 E. Interstate 20**
**Odessa, TX 79765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,138.77 |
|---|---|---|---|

**T.Disney Trucking & Grading Inc.**
**6324 US-301**
**Riverview, FL 33578**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,541.24 |
|---|---|---|---|

**T.O.F.S. LLC**
**5802 E. Hwy 62**
**Lubbock, TX 79403**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $836.61 |
|---|---|---|---|

**T3VoiceNet LLC**
**601 N. Marienfield St.**
**Suite 104**
**Midland, TX 79701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,118.83 |
|---|---|---|---|

**Tailwind Loenbro Holdings LLC**
**1900 32nd Avenue NE**
**Black Eagle, MT 59414**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,775.22 |
|---|---|---|---|

**Tascosa Office Machines**
**223 W. Broadway St.**
**Hobbs, NM 88240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

**3.418** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,691.66**

TCH Construction LLC
PO Box 632939
Nacogdoches, TX 75963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,815.72**

TD Rentals
1731 Oil Mill Road
Pecos, TX 79772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,350.00**

Team Industrial Services Inc
200 Hermann Drive
Alvin, TX 77511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,714.75**

TechCorr USA Management LLC
1485 E. Sam Houston Pkwy S
Pasadena, TX 77503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,781.28**

Techline Inc
9609 Beck Circle
Austin, TX 78758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,796.00**

Terracon Consultants Inc
10841 S. Ridgeview Road
Olathe, KS 66061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Teton Steel
2380 E. 24th N
Idaho Falls, ID 83401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Big Horn Construction & Reclamation LLC | | Case number (if known) | 24-42003-7 |
|---|---|---|---|---|
| | Name | | | |

**3.425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$675.78**

Texas Commercial Fire & Safety LLC
245 Calhoun Plaza
Port Lavaca, TX 77979

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,788.42**

Texas Security Solutions
2300 Cedar Branch Drive
Austin, TX 78727

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,141.76**

The Residence at Midland
5801 Deauville Blvd.
Midland, TX 79706

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lodging Expense

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,739.07**

The Water Factory Co.
601 S. Walker St.
Alpine, TX 79830

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,964.00**

The Wireline Group Inc
PO Box 60018
Midland, TX 79711

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,902.95**

Thomas Oilfield Services LLC
4250 SE Loop 281
Longview, TX 75602

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$170,268.01**

Thompson Tractor
3550 Joe Mallisham Pkwy
Tuscaloosa, AL 35401

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | | Case number (if known) | **24-42003-7** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Thor's Hammer**
**1212 N. Yarbrough Drive**
**El Paso, TX 79925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96,000.00** |
|---|---|---|---|

**Thrasher Inc**
**1209 E 24th Street**
**Plainview, TX 79072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,245.89** |
|---|---|---|---|

**Thunder Basin Ford**
**1100 W 2nd Street**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,923.00** |
|---|---|---|---|

**Tiger Supplies**
**2720 Discovery Drive**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,771.35** |
|---|---|---|---|

**TMD**
**16715 Longenbaugh Dr.**
**Houston, TX 77095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,390.00** |
|---|---|---|---|

**Torqmaster LLC**
**5712 E. County Road 64**
**Midland, TX 79705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92,660.00** |
|---|---|---|---|

**Totem Forest Products International**
**419 SW 11th Ave., Suite 300**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,952.05** |
|---|---|---|---|

**Trash Trailers For Rent LLC**
PO Box 12075
Odessa, TX 79768

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Travelers CL Remittance Center**
PO Box 660317
Dallas, TX 75266-0137

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,335.28** |
|---|---|---|---|

**Trench Plate Rental Co.**
**dba National Trench Safety LLC**
260 N. Sam Houston Pkwy East
Suite 200
Houston, TX 77060

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,980.00** |
|---|---|---|---|

**Trinity Energy Services LLC**
118 Vintage Park Blvd.
Suite W718
Houston, TX 77070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,954.39** |
|---|---|---|---|

**Triple T's Linings LLC**
2493 Pecos Hwy
Carlsbad, NM 88220

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,465,404.00** |
|---|---|---|---|

**Trisura Insurance Company**
1411 Opus Place, Suite 450
Downers Grove, IL 60515

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Performance Bond Premium**

Is the claim subject to offset? ■ No ☐ Yes

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$921.50** |
|---|---|---|---|

**Triton Environmental LLC**
5433 Newport Street
Commerce City, CO 80022

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

**3.446** | Nonpriority creditor's name and mailing address

**Trophy Logistics LLC**
3123 Silver Falls
Kingwood, TX 77339

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$33,600.00**

---

**3.447** | Nonpriority creditor's name and mailing address

**Truck Utilities Inc**
2370 English Street
Saint Paul, MN 55109

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$269,281.36**

---

**3.448** | Nonpriority creditor's name and mailing address

**Turner Seed Co.**
211 County Road 151
Breckenridge, TX 76424

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$13,443.00**

---

**3.449** | Nonpriority creditor's name and mailing address

**Two Bit Rentals**
5226 134th Avenue NW
Williston, ND 58801

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,438.42**

---

**3.450** | Nonpriority creditor's name and mailing address

**Two Cams Ice**
2242 Poplar Ten Road
Concord, NC 28027

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,055.75**

---

**3.451** | Nonpriority creditor's name and mailing address

**TX Child Support**
PO Box 12548
Austin, TX 78711

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,090.15**

---

**3.452** | Nonpriority creditor's name and mailing address

**UEC LLC**
9461 Willow Ct
Henderson, CO 80640

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,853.11**

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

**3.453** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**UniFirst Holdings Inc**
701 Brazos, Suite 1050
Austin, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$282,274.32**

**United Rentals (North America) Inc**
2301 Texas Avenue S
College Station, TX 77840

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Equipment Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.75**

**URS Agents LLC**
3675 Crestwood Pkwy NW
Suite 350
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122.00**

**USPS PO Box**
Southern Area Managing Counsel
PO Box 227078
Dallas, TX 75222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$535.50**

**Uwharrie Bottled Water Services**
930 Old Charlotte Road
Albemarle, NC 28001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152,751.05**

**Vaco**
2500 Dallas Pkwy, Suite 496
Plano, TX 75093

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.00**

**Valley Day & Night Clinic**
3302 Boca Chica Blvd.
Brownsville, TX 78521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Big Horn Construction & Reclamation LLC | Case number (if known) | 24-42003-7 |
|---|---|---|---|
| | Name | | |

---

**3.460** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,952.50**
VanZandt Controls LLC
13409 W County Road 132
Odessa, TX 79765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,231.00**
Veriforce LLC
1575 Sawdust Rd., Suite 600
Spring, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,498.02**
Verizon Wireless
1 Verizon Way
Basking Ridge, NJ 07920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,189.10**
Vesta Housing Solutions
1000 Town Ctr., Suite 975
Southfield, MI 48075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.464** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,033.88**
Viking Forest Products
7480 Flying Cloud Drive
Suite 400
Eden Prairie, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.465** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$221,687.50**
Villegas Stone Masonry
9523 Circle S Drive
Helotes, TX 78023

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.466** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,656,573.54**
Vista Bank
1400 Summit Ave., Suite 100
Fort Worth, TX 76102

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Big Horn Construction & Reclamation LLC**                    Case number (if known)    **24-42003-7**
_____
Name

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $891.78 |
|---|---|---|---|

**Vistaprint Corporate Solutions**
275 Wyman St., Suite 100
Waltham, MA 02451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,597.82 |
|---|---|---|---|

**Visual Edge Inc**
530 6th Street
Sioux City, IA 51101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,262.44 |
|---|---|---|---|

**Vulcan Materials**
1200 Urban Center Drive
Birmingham, AL 35242

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,496.18 |
|---|---|---|---|

**W. Joe Shaw Ltd**
4200 Underwood Road
La Porte, TX 77571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,340.00 |
|---|---|---|---|

**Wagner Falconer & Judd**
100 S. 5th St, Suite 800
Minneapolis, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,920.42 |
|---|---|---|---|

**Wagner-Smith Equipment Co.**
550 Hwy 155 S
McDonough, GA 30253

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,755.96 |
|---|---|---|---|

**Warehouse Supply Inc**
300 N. 2nd Street
La Salle, CO 80645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,762.55**

**West Company of Midland LLC**
110 W. Louisiana Ave., Suite 110
Midland, TX 79701

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,881.41**

**West Texas Dumpsters**
4805 W County Road 120
Midland, TX 79706

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,347.43**

**WEX Acct 0451-00-925777-S**
1 Hancock Street
Portland, ME 04101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,379.42**

**WEX Acct 0496-00-878686-S**
1 Hancock Street
Portland, ME 04101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,571.70**

**Whitco Supply LLC**
4320 Johnson Road B
Odessa, TX 77964

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,470.80**

**White Star Equipment LLC**
PO Box1242
Sherman, TX 75091

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**White's Welding LLC**
46005 S County Road 202
Woodward, OK 73801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,839.11** |
|---|---|---|---|

**Whites Frontier Motors**
444 Skyline Drive
Gillette, WY 82718

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,604.30** |
|---|---|---|---|

**Wholesale Electric Supply Co.**
1122 W Cotton Steet
Longview, TX 75640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,243.42** |
|---|---|---|---|

**Wick Phillips Gould & Martin LLP**
3131 McKinney Ave., Suite 500
Dallas, TX 75204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Attorney Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,240.00** |
|---|---|---|---|

**Wilbanks Trucking Services LLC**
11246 Lovington Hwy
Artesia, NM 88210

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$147,920.00** |
|---|---|---|---|

**Wild West Trucking LLC**
903 N Hickory Stq
Pecos, TX 79772

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,343.38** |
|---|---|---|---|

**Wildcat Pump & Supply Inc**
115 2nd Street
Claflin, KS 67525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,199.06** |
|---|---|---|---|

**Willard Agri-Service of Greenwood LLC**
22272 S. Dupont Hwy
Greenwood, DE 19950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,967.00 |
|---|---|---|---|

**William Uffelman**
HC 36 Box 2280
Hardin, MT 59034

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,447.54 |
|---|---|---|---|

**Williams Scotsman Inc**
4646 E an Buren St., Suite 400
Phoenix, AZ 85008

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404.21 |
|---|---|---|---|

**Williston Fire & Safety LLC**
3420 2nd Avenue W
Williston, ND 58801

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,201.51 |
|---|---|---|---|

**Windmill Spraying Service**
602 W. Chance Drive
Hobbs, NM 88242

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $646.14 |
|---|---|---|---|

**Wyoming Child Support Enforcement**
2015 Carey Ave., Suite 601
Cheyenne, WY 82001

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.90 |
|---|---|---|---|

**Wyoming First Aid & Safety Supply LLC**
589 Yellowstone Road
Rock Springs, WY 82901

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,713.45 |
|---|---|---|---|

**Wyoming Machinery Company**
5300 West Old Yellowstone Hwy
Casper, WY 82604

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number (if known) | **24-42003-7** |
|---|---|---|---|
| | Name | | |

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,729.82 |
|---|---|---|---|

**Wyoming Rents**
5185 W Yellowsstone Hwy
Casper, WY 82604

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Equipment Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.00 |
|---|---|---|---|

**Wyoming Water Solutions**
605 E 7th Street
Gillette, WY 82716

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,095.00 |
|---|---|---|---|

**Wyrick Construction**
49 Shell Oil Road
Baker, MT 59313

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,370.00 |
|---|---|---|---|

**Xcel NDT LLC**
104 Avon Street
Clifton, KS 66937

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,577.38 |
|---|---|---|---|

**Xerox Financial Services**
45 Glover Ave.
Norwalk, CT 06850

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,626,662.98 |
|---|---|---|---|

**XL Specialty Insurance Company**
677 Washington Blvd.
10th Floor, Suite 1000
Stamford, CT 06901

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Performance Bond Premium

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,290.00 |
|---|---|---|---|

**Yellow Rose Mapping LLC**
2011 Woodland Hills Lane
Weatherford, TX 76087

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Big Horn Construction & Reclamation LLC**
_____
Name

Case number (if known)   **24-42003-7**

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,701.54 |
|---|---|---|---|

**Yellowstone Valley Parts & Equipment**
**4959 Hwy 312**
**Billings, MT 59105**

Date(s) debt was incurred ____

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ____

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,757.34 |
|---|---|---|---|

**Zeno Digital Solutions LLC**
**14320 Midway Road**
**Dallas, TX 75244**

Date(s) debt was incurred ____

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?  ■ No  ☐ Yes

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 118,991,492.29 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 118,991,492.29 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Big Horn Construction & Reclamation LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **24-42003-7** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1     State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2.2     State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2.3     State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2.4     State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name    **Big Horn Construction & Reclamation LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-42003-7**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor

Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | Action Equipment | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.2 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | America Supply LLC | ☐ D _____<br>■ E/F ___3.30___<br>☐ G _____ |
| 2.3 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | Apple Electrical Contractors Inc | ☐ D _____<br>■ E/F ___3.34___<br>☐ G _____ |
| 2.4 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | Cadence Bank | ☐ D _____<br>■ E/F ___3.76___<br>☐ G _____ |
| 2.5 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | Cannon Advance | ☐ D _____<br>■ E/F ___3.81___<br>☐ G _____ |

Debtor   **Big Horn Construction & Reclamation LLC**          Case number *(if known)*   **24-42003-7**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
   *Column 1: Codebtor*                                    *Column 2: Creditor*

| 2.6 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | Delta Fuel Company<br>LLC | ☐ D ____<br>■ E/F __3.124__<br>☐ G ____ |
|---|---|---|---|---|
| 2.7 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | Direct Business<br>Funders LLC | ☐ D ____<br>■ E/F __3.129__<br>☐ G ____ |
| 2.8 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | Honnen Equipment<br>Company | ☐ D ____<br>■ E/F __3.206__<br>☐ G ____ |
| 2.9 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | Hunt Gulliot &<br>Associates LLC | ☐ D ____<br>■ E/F __3.210__<br>☐ G ____ |
| 2.10 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | Lendspark | ☐ D ____<br>■ E/F __3.256__<br>☐ G ____ |
| 2.11 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | Libertas Funding LLC | ☐ D ____<br>■ E/F __3.257__<br>☐ G ____ |
| 2.12 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | MG Oil Company | ☐ D ____<br>■ E/F __3.281__<br>☐ G ____ |
| 2.13 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | R&M Trucking &<br>Backhoe Service LLC | ☐ D ____<br>■ E/F __3.354__<br>☐ G ____ |

| Debtor | Big Horn Construction & Reclamation LLC | Case number *(if known)* | 24-42003-7 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.14 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | Spin Capital | ☐ D _____<br>■ E/F  3.400<br>☐ G _____ |
| 2.15 | Cole W. Johnson | 777 Main Street, Suite 3000<br>Fort Worth, TX 76102 | XL Specialty<br>Insurance Company | ☐ D _____<br>■ E/F  3.500<br>☐ G _____ |
| 2.16 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | Action Equipment | ☐ D _____<br>■ E/F  3.16<br>☐ G _____ |
| 2.17 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | America Supply LLC | ☐ D _____<br>■ E/F  3.30<br>☐ G _____ |
| 2.18 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | Apple Electrical<br>Contractors Inc | ☐ D _____<br>■ E/F  3.34<br>☐ G _____ |
| 2.19 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | Cadence Bank | ☐ D _____<br>■ E/F  3.76<br>☐ G _____ |
| 2.20 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | Cannon Advance | ☐ D _____<br>■ E/F  3.81<br>☐ G _____ |

Debtor    **Big Horn Construction & Reclamation LLC**          Case number *(if known)*    **24-42003-7**

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.21 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | Delta Fuel Company LLC | ☐ D _____<br>■ E/F   3.124<br>☐ G _____ |
| 2.22 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | Direct Business Funders LLC | ☐ D _____<br>■ E/F   3.129<br>☐ G _____ |
| 2.23 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | Honnen Equipment Company | ☐ D _____<br>■ E/F   3.206<br>☐ G _____ |
| 2.24 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | Hunt Gulliot & Associates LLC | ☐ D _____<br>■ E/F   3.210<br>☐ G _____ |
| 2.25 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | Lendspark | ☐ D _____<br>■ E/F   3.256<br>☐ G _____ |
| 2.26 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | Libertas Funding LLC | ☐ D _____<br>■ E/F   3.257<br>☐ G _____ |
| 2.27 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | MG Oil Company | ☐ D _____<br>■ E/F   3.281<br>☐ G _____ |

| Debtor | **Big Horn Construction & Reclamation LLC** | Case number *(if known)* | **24-42003-7** |
|--------|---------------------------------------------|--------------------------|----------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|---|
| 2.28 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | R&M Trucking &<br>Backhoe Service LLC | ☐ D _____<br>■ E/F _3.354_<br>☐ G _____ |
| 2.29 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | Spin Capital | ☐ D _____<br>■ E/F _3.400_<br>☐ G _____ |
| 2.30 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | XL Specialty<br>Insurance Company | ☐ D _____<br>■ E/F _3.500_<br>☐ G _____ |
| 2.31 | Cord W. Johnson | 777 Main Street<br>Suite 3000<br>Fort Worth, TX 76102 | F7 SSSM LLC | ☐ D _____<br>■ E/F _3.157_<br>☐ G _____ |