| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Big Horn Construction & Reclamation LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 24-42003-7 |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                       04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From 1/01/2024 to Filing Date | ☐ Operating a business<br>☐ Other | $0.00 |
   | **For prior year:**<br>From 1/01/2023 to 12/31/2023 | ☐ Operating a business<br>☐ Other | $0.00 |
   | **For year before that:**<br>From 1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other | $6,118,592.77 |
   | **For the fiscal year:**<br>From 1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other | $88,115,249.73 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor  **Big Horn Construction & Reclamation LLC**                                Case number (if known) **24-42003-7**

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | SEE ATTACHED LIST OF LEGAL ACTIONS | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor  **Big Horn Construction & Reclamation LLC**  Case number *(if known)* **24-42003-7**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Whitaker Chalk Swindle & Schwartz PLLC<br>301 Commerce Street, Suite 3500<br>Fort Worth, TX 76102 | | 5/30/2024 | $5,338.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor  **Big Horn Construction & Reclamation LLC**                                      Case number (if known) **24-42003-7**

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor  **Big Horn Construction & Reclamation LLC**　　　　　　　　　Case number *(if known)* **24-42003-7**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

### Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |

Debtor  __Big Horn Construction & Reclamation LLC_____  Case number *(if known)* __24-42003-7_____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Joby Grant<br>4011 Marigold Lane<br>Rockwall, TX 75087 | 2/22/2021 to<br>3/25/2022 |
| 26a.2. | Renee Vallin<br>1211 8th Street<br>Golden, CO 80401 | 4/29/2021 to 1/6/2022 |
| 26a.3. | Susan Cherry<br>1048 Fox River Lane<br>Fort Worth, TX 76120 | 1/11/2021 to<br>12/19/2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

**Name and address**  **If any books of account and records are unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bridgelink Engineering LLC | 777 Main Street, Suite 2800<br>Fort Worth, TX 76102 | Member | 100% |
| Cole Johnson | 777 Main Street, Suite 2800<br>Fort Worth, TX 76102 | President | |
| Cord Johnson | 777 Main Street, Suite 2800<br>Fort Worth, TX 76102 | Secretary | |

Debtor  **Big Horn Construction & Reclamation LLC**  Case number *(if known)* **24-42003-7**

---

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Bridgelink Engineering, LLC - 2021 | EIN: 85-4172827 |
| Big Horn Investments & Property - 2021 | EIN: 82-0996359 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 20, 2024**

_____  **Cord H. Johnson**
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor  **Authorized Representative**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

| Plaintiff(s) | Defendant(s) | Nature of Action | Venue (Case No.) | Outside Firm/Counsel | Status |
|---|---|---|---|---|---|
| 4 Rivers Equipment, LLC | BCR | Collection | Weld County, CO District Court (2022-CV-30135) | Haynes & Boone/Lee Johnston | 11/29/22 - MSJ Filed<br>02/02/23 - MSJ Granted<br>**7/27/23 - Rule 69 Interrogators to Judgement Debtor Big Horn Construction & Reclamation** |
| 555 17th St. Investors | BCR | Collection | Denver County, CO (2022-CV-31119) & McLennan County, TX (2023-432-4) | N/A | 04/22/22 - 1st Amd Complaint<br>06/06/22 - Ltr re Dispose Reclaim<br>07/20/22 - Judgment<br>02/17/23 - Foreign Judgment Filed |
| Ace Valves (C/o Greenberg, Grant & Richards, Inc.) | BCR | Collection | Pre-Lit | N/A | 06/23/23 - Notice of intent to proceed with lawsuit |
| Advantage Equipment Rental & Sales, LLC and JB Assest Management, LLC | BCR | Collection | Hood County, TX 355th District Court (C2021075) | JLC Firm/Callan Edquist & Michael Cancienne | 01/31/22 - Settlement Agreement (Defaulted after 4 payments)<br>12/07/22 - Order appointing Receiver, Robert Berleth |
| Agri Sales USA Incorporated | BCR | Collection | Denver County, CO District Court (2021-cv-32417) | Hall Evans/Meggan Nicholas | 08/02/21 - Complaint Filed<br>04/01/22 - Proposed Settlement<br>02/06/23 - Rec'd Email from PC re collecting judgment |
| Ahern Rentals | BCR | Collection | Clark County, NV District Court (A-22-854370-C) | N/A | 06/21/22 - Plaintiff Filed complaint<br>05/17/23 - Looked-up docket; no judgment entered; case pending |
| Airgas USA LLC | BCR | Collection | Converse County, WY 8th District Court (CV-18440) | Hall Evans/Meggan Nicholas | 07/25/22 - Judgment Entered<br>08/05/22 - Writ of Garnishment to KeyBank |
| Allstates Pavement Recycling & Stabiliation, Inc. (Bismarck ND Recycling) | BCR | Collection | Williams County, ND Northwest District (53-2021-CV-00149) | Crowley Fleck/Brad Brown | 05/06/21 - Judgment Entered<br>06/23/21 - Judgment Vacated<br>08/26/22 - Executed Settlement Agreement (no pymts were made)<br>09/01/22 - Stipulation of Judgment |

| | Plaintiff(s) | Defendant(s) | Nature of Action | Venue (Case No.) | Outside Firm/Counsel | Status |
|---|---|---|---|---|---|---|
| ▷ | Arizona Machinery LLC (Stotz Equipment) | BCR | Collection | Laramine County, WY District Court (2022-CV-200-415) | JLC Firm/Callan Edquist & Michael Cancienne | 04/06/22 - Served w Complaint 06/16/22 - Judgment 12/22/22 - Letter from PC re collecting judgment |
| ▷ | Bottom Line Equipment, LLC | BCR | Collection | Jefferson County, TX County Court #1 (137277) | JLC Firm/Callan Edquist & Michael Cancienne | 09/26/22 - Agreed Judgment Filed 11/23/22 - Post-Judgment RFP Served (not answered) |
| ▷ | BPS Supply Group | BCR | Collection | Kern County, CA Superior Court (BCV-21-101428) | JLC Firm/Callan Edquist & Michael Cancienne | 09/30/21 - SA & Stipulated Judgment 05/19/22 - Made late settlement payments; defaulted on outstanding balance |
| ▷ | Brandon & Clark, Inc. | BCR | Collection | Lubbock County, TX County Court #3 (2021-577368) | JLC Firm/Callan Edquist & Michael Cancienne | 09/06/22 - Settled at court-ordered mediation 10/20/22 - Agreed Judgment |
| ▷ | Broadway Motors, Inc. d/b/a Bill Williams Tire Center | BCR | Collection | Midland County, TX County Court of Law (CC24101) | JLC Firm/Callan Edquist & Michael Cancienne | 03/03/22 - Petition Filed 05/10/22 - BCR 1st Amended Answer |

| | Plaintiff(s) | Defendant(s) | Nature of Action | Venue (Case No.) | Outside Firm/Counsel | Status |
|---|---|---|---|---|---|---|
| ▷ | Brock White Company, LLC | BCR | Collection | Denver County, CO District Court (2021-CV-33316) | Hall Evans/Meggan Nicholas | 05/03/22 - Letter from Pltf re default of settlement agreement<br>06/30/22 - post-judgment discovery served |
| Judgement | Butler Machinery Co. | BCR | Collection | District County, Denver County CO Case 2023CV33118 | NONE | 10/24/2023 - Notice of Filing Foreign Judgement- Converse County, WY - to Colorado |
| ▷ | Carl West d/b/a Quality Haying | BCR | Collection | Converse County, WY 8th District Court (CV-2022-0127) | Unknown | 07/19/22 - Writ of Garnishment to Converse County Bank |
| ▷ | Compass Cementing Services, LLC | BCR | Collection | Midland County, TX County Court of Law (CC23936) | JLC Firm/Callan Edquist & Michael Cancienne | 11/24/21 - Plaintiff filed Petition<br>12/15/21 - BCR filed Answer |

| | Plaintiff(s) | Defendant(s) | Nature of Action | Venue (Case No.) | Outside Firm/Counsel | Status |
|---|---|---|---|---|---|---|
| ▷ | Core and Main LP | BCR | Collection | Denver County, CO District Court | Unknown | 06/03/22 - Plaintiff filed Complaint |
| ▷ | Credo Energy, LLC | BCR | Collection | Lea County, NM 5th Judicial District (D-506-CV-2021-00738) | Bradley/Gabriella Alonso | 09/08/22 - Order Granting Withdrawal |
| Judgement | Custom Truck One Source, Inc. | BCR | Collection | Federal District Court of New Mexico (2:21-cv-00545-DHU-GJF) | Bradley/Gabriella Alonso | 03/03/23 - Order Granting Motion to Enforce Settlement Agreement  7/20/23 - Motion Granted for Defendant to pay Attorney Fees of $6,582.50  **7/27/23 - Final Judgement** |
| ▷ | Custom Truck One Source, Inc. | BCR | Collection | Denver County, CO District Court (2023-CV-31244) | N/A | 05/01/23 - Service of Process |
| \ | DEK Industrial Services (aka 360 Industrial) | BCR | Collection | Tarrant County TX, 348th Judicial District - Cause No. 348-339450-23 | Burr Foreman / Chris Meyer | 8/19/23 - Order of Dismissal for Want of Prosecution. |
| ▷ | DNB Energy Services, Inc. | BCR | Collection | McKenzie County, ND NW Judicial District (27-2022-cv-00432) | N/A | 08/10/22 - Default Judgment Entered |

| Plaintiff(s) | Defendant(s) | Nature of Action | Venue (Case No.) | Outside Firm/Counsel | Status |
|---|---|---|---|---|---|
| Double Z Services & Supply, LLC | BCR | Collection | Reeves County, TX 143rd Judicial District (21-11-24206-CVR) | JLC/Michael Cancienne | 08/01/22 - Proposed Agreed Judgment |
| DOZR, Ltd. | BCR | Collection | U.S. District Court of FL Middle District 8:22-cv-01042 | N/A | 04/13/23 - Court Order Denying Plaintiff's Mtn for Default Judgment |
| Equipment & Parts, Inc. | BCR | Collection | | JLC Firm/Callan Edquist & Michael Cancienne | |
| F7 SSSM, LLC | BCR | Collection | Pre-Lit | N/A | 05/17/23 - Demand Letter |
| Ferguson Enterprises | BCR | Collection | | | |
| First Augusta, LLC d/b/a Kalaco Equipment Company | BCR | Collection | | | |

| Plaintiff(s) | Defendant(s) | Nature of Action | Venue (Case No.) | Outside Firm/Counsel | Status |
|---|---|---|---|---|---|
| G&E Contracotrs, LLC (Gibson Logging) | BCR | Collection | Culberson County, TX | JLC Firm/Callan Edquist & Michael Cancienne | |
| General Equpment & Supplies, Inc. | BCR | Collection | Cass County, ND East Central District (53-2021-CV-00327) | Crowley Fleck/Brad Brown | |
| GoSafe (W. Joe Shaw, Ltd) | BCR | Collection | Harris County, TX 215th Judicial District (2022-12616) | JLC/Michael Cancienne | 11/01/22 - Judgment Entered 02/14/23 - Received Constable Letter re Execution of Judgment |
| Greatamerica Financial Services (IngrammMicro Flexible Pay) | BCR | Collection | Linn County, IA District Court (LACV100365) Laramie County, WY 1st Judicial District (2022-CV-201-002) | HFB Law/James Key (post-judgment) | 11/07/22 - Foreign Judgment filed in WY |
| H&S Rental | BCR | Collection | | | |
| Heavy Equipment Rentals of Texas (HERT) | BCR | Collection | | | |

| | Plaintiff(s) | Defendant(s) | Nature of Action | Venue (Case No.) | Outside Firm/Counsel | Status |
|---|---|---|---|---|---|---|
| ▷ | Holt Texas, Ltd. | BCR | Collection | Bexar County, TX 150th Judicial District (2021-CI22304) | JLC/Michael Cancienne | |
| | Hunt Guillot & Associates (HGA) | BCR | Collection | 237th District Court of Lubbock County, TX Cause No. DC-2023-CV-0024 | | 7/24/2023 - Judgement Notice - Order of Dismissal was signed |
| | Ignite Energy Services | BCR | Collection | | | |
| DEFAULT Judgement | J&J Rentals | BCR | Collection | US District Court District of New Mexico 2:21-cv-00626-DHU-GBW | | 9/11/23 - Memorandum Opinion and Order - Default Judgement |
| ▷ | KeyBank National Association | BCR | Collection | | | 12/14/22 - Order Granting Plaintiffs Motion for Summary Judgement
4/6/23 Motion for Attorney Fees Granted
7/14/23 - Notice of Filing Foreign Judgement |
| | Keyhole Technologies | BCR | Collection | | | |
| | Komatsu America | BCR | Collection | | | |
| | M2 Equipment Finance | BCR | Collection | | | |

| | Plaintiff(s) | Defendant(s) | Nature of Action | Venue (Case No.) | Outside Firm/Counsel | Status |
|---|---|---|---|---|---|---|
| | Mack Concrete Industries | BCR | Collection | | | 02/21/23 - Hearing on P's MSJ |
| ☑ Hearing Nov 15th Tarrant County County Court No. 1 at 9:30 am | MBS Seed Inc. | BCR | Collection | Tarrant County, TX | HFB Law/James Key - Withdrew<br><br>8/31/23 - sent to Jason Klein | 02/08/23 - Filed General Denial<br>7/13/2023 -Oder on Motion to Withdraw HFB signed<br>7/21/23 - Plaintiff Motion for Summary Judgement.<br>7/21/23- Order Granting Plaintiff Motion for Summary Judgement<br>8/2/23 - Notice of Hearing 9/14/23<br>9/15/23 - Letter from Tarrant County advising we must get an attorney<br>10/23/2023 - Notice of Pending Dismissal from Tarrant County<br>10/23/23 - Notice of Hearing - Plaintiff's motion for summary judgement:<br>Nov 15, 2023, 9:30 am County Court a Law No. 1 of Tarrant County |
| ☑ New | Midland CAD | BCR | Collection | Pre-Lit | N/A | 05/01/23 - Letter re Tax Delinquency<br>9/28/2023 - Citation in Delinquent Taxes |
| | MS Services (Wyoming Rents/Wymonig Machinery) | BCR | Collection | | | |
| ☑ | MTR Construction & Consulting | BCR | Collection | Culberson County, TX | HFB Law/James Key - withdrew<br><br>Robert Skipworth | BCR answer on file<br>Discovery phase<br>7/20/23 - Notice of Hearing - 7/21/23 11:00 am El Paso County Courthouse<br>7/21/2023 - Hearing Motion to Withdraw HFB |

| | Plaintiff(s) | Defendant(s) | Nature of Action | Venue (Case No.) | Outside Firm/Counsel | Status |
|---|---|---|---|---|---|---|
| Judgement | North Central Rental & Leasing, LLC & Butler Machinery | BCR | Collection | Converse County, ND 8th Judicial District (18375) | Crowley Fleck/Brad Brown | Settlement Agreement Signed 5/23/23 Judgement files against BCR (default on settlement) |
| | P2 Energy (Pyramid Tubular) | BCR | Collection | | | |
| ☑ | Palmetto Services LLC | BCR | Collection | Gregg County, TX 188th Judicial District (2022-541-A) | JLC/Callan Edquist | 02/16/23 - Agreed Judgment Entered 04/13/23 - BCR Corp Rep Depo |
| | Pep-Up, Inc. | BCR | Collection | Dorchester County, MD Circuit Court (c-09-CV-22-000347) | N/A | 5/5/23 - Writ of Summons Received 9/14/2023 - Request to Enter Order of Default 10/6/2023 - Notice of Default Order 10/13/23 - Notice of Trial December 8, 2023 1:30 pm |
| | Permian Basin Materials | BCR | Collection | Ector County, TX 70th Judicial District (A-21-12-1403-CV) | JLC/Michael Cancienne | 06/13/22 - Settlement Agreement Signed - defaulted |
| | Petro Fencing | BCR | Collection | | JLC Firm/Callan Edquist & Michael Cancienne | |
| | Pipeline Supply & Services (PSS) | BCR | Collection | | | |
| | Proline Equipment Rentals LLC | BCR | Collection | | | |
| | Quick Supply | BCR | Collection | | | |

| Plaintiff(s) | Defendant(s) | Nature of Action | Venue (Case No.) | Outside Firm/Counsel | Status |
|---|---|---|---|---|---|
| Reusable Organic Energy, Inc. (John Kulak) | BCR | Collection | Wharton County, TX 329th Judicial District (CV54022) | HFB Law/James Key - withdrew | Filed, not served 7/11/2023 - Motion to Withdraw Granted - HFB |
| Rinker Holdings, LLC | BCR | Collection | | | |
| Ruach Resources, LLC | BCR | Collection | | | |
| Signal Energy, LLC | BCR | Collection | American Arbitration Association (Case No. 01-22-0000-9686) | HFB Law/James Key (post-award) | ☑ Produce Documents by 11/10/23 |
| Somers & Watson | BCR | Collection | | JLC Firm/Callan Edquist & Michael Cancienne | Settlement Agreement? |
| Team Industrial Services Inc | BCR | Collection | Tarrant County Cause No. 153-345738-23 | | 9/19/2023 - Recevied Initial Citation / Complaint  New 9/11/2023 |
| Tractor & Equipment | BCR | Collection | | | |
| United Rentals (NC) | BCR | Collection | | | |
| US Ecology Energy Waste Disposal Services, LLC f/k/a Sprint Energy Services, LLC | BCR | Collection | Harris County, TX 190th Judicial District (2020-37496) | JLC Firm/Callan Edquist & Michael Cancienne | Need status of settlement |

| | Plaintiff(s) | Defendant(s) | Nature of Action | Venue (Case No.) | Outside Firm/Counsel | Status |
|---|---|---|---|---|---|---|
| | Vaco, LLC | BCR | Collection | Davidson County, TN 30th Judicial District (21-0929-III) | | 07/05/22 - Judgment Entered 08/09/22 - Registed Judgment in Tarrant County, TX (067-335352-22) 01/17/23 - Registered Judgment in Campbell County, WY (2023-CV-0040817) |
| Default Hearing 11/13/23 8:00 | W L Doggett, LLC d/b/a Doggett Heavy Machinery Services | BCR | Collection | Harris County, TX 125th Judicial District (202334609) | N/A | 06/07/23 - Service of Citation and POP **10/10/23 - Motion for Default against BCR** 10/24/23 - Notice of Hearing 11/13/2023 at 8:00 am for Motion for Default - Harris County TX 125th Judicial District **11/17/23 - Plaintiffs Verified Motion to Retain. Keep on the docket so plaintiff can file for Default Judgement.** |
| | Whitco Supply, LLC | BCR | Collection | Lafayette Parish, LA 15th Judicial District (C-202201331) | JLC/Michael Cancienne | _____ - Judgment |