# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| BIG HORN CONSTRUCTION & RECLAMATION LLC | § | Case No. 24-42003 |
| | § | |
| Debtor | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for **Axis Energy Services, LLC** pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure, and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case, be transmitted to:

>Laura Crabtree
>Doré Rothberg Law, P.C.
>16225 Park Ten Place Dr., Suite 700
>Houston, Texas 77084
>Tel: (281) 829-1555
>Fax: (281) 200-0751
>E-mail: lcrabtree@dorelaw.com
>Texas State Bar No. 24138104

>Respectfully submitted,

>**DORÉ ROTHBERG LAW, P.C.**

>By: */s/ Laura Crabtree*
>Laura Crabtree
>State Bar No. 24138104
>16225 Park Ten Place Dr., Suite 700
>Houston, Texas 77084
>(281) 829-1555
>(281) 200-0751 Fax
>Email: LCrabtree@dorelaw.com
>*Attorney for Axis Energy Services, LLC*

# CERTIFICATE OF SERVICE

  I hereby certify that on July 11, 2024, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

              */s/ Laura Crabtree*
              Laura Crabtree