**MARILYN D. GARNER**
2001 E. Lamar Blvd., Suite 200
Arlington, TX 76006
(817)505-1499; (817)549-7200(FAX)
Chapter 7, Trustee


## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

**RE:**

| | | |
|---|---|---|
| | § | |
| **Big Horn Construction &** | § | |
| **Reclamation LLC** | § | |
| | § | **CASE NO. 24-42003-MXM-7** |
| | § | |
| **DEBTOR(S)** | § | |


## NOTICE OF WITHDRAWAL OF
## TRUSTEE'S REPORT OF NO DISTRIBUTION

NOTICE IS HEREBY GIVEN that Marilyn D. Garner, the Standing Chapter 7 Trustee hereby WITHDRAWS her "Chapter 7 Trustee's Report of No Distribution" filed on July 22, 2024.


Respectfully submitted,

*/s/ Marilyn D. Garner*
Marilyn D. Garner, Trustee
SBOT No. 0767550
2001 E. Lamar Blvd., Suite 200
Arlington, TX 76006
(817)505-1499; (817)549-7200(FAX)

<u>**CERTIFICATE OF SERVICE**</u>

This undersigned certifies that a true and correct copy of the above and foregoing document was sent via U.S. first class and/or electronic to any parties listed below on October 23, 2024:

Office of United States Trustee
1100 Commerce Street, Room 976 Dallas,
Texas 75242

Robert A. Simon
Whitaker Chalk Swindle & Schwartz,
PLLC
301 Commerce Street
Suite 3500
Fort Worth, TX 76102

Vikesh Navnit Patel
Kearney, McWilliams & Davis, PLLC
55 Waugh #150
Houston, TX 77007

/s/ **Marilyn D. Garner, Trustee**

**Marilyn D. Garner, Trustee**