**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE NORTHERN DISTRICT OF**
**TEXAS FORT WORTH DIVISION**

IN RE:

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| Big Horn Construction & | § | CASE NO. 24-42003-MXM-7 |
| Reclamation LLC | § | |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S REQUEST FOR CHANGE OF

STATUS TO THE CLERK OF THE BANKRUPTCY COURT:

The above entitled and numbered proceeding was originally noticed as a no-asset case. No claims bar date has been established. There now appear to be assets to be administered and I hereby request that the status of this proceeding be changed to an asset case. Please establish a bar date and notify creditors to file a Proof of Claim.

Date: October 23, 2024 /s/ Marilyn D. Garner
Marilyn D. Garner, Trustee